UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| STEVE MACRINA, Individually and On Behalf of All Others Similarly Situated, : | Case No. 07 CV 4108 (JGK)(GWG) |
| Plaintiff, : | |
| - against - : | NOTICE OF APPEARANCE |
| J. ROGER MOYER JR., THOMAS DAUTRICH, : GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A., : | ECF CASE |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of all Defendants, J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A., in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

          C. William Phillips
          COVINGTON & BURLING LLP
          1330 Avenue of the Americas
          New York, NY 10019
          Tel.: (212) 841-1000
          Fax: (212) 841-1010
          email: cphillips@cov.com

Dated: New York, New York
    June 13, 2007

            COVINGTON & BURLING LLP

          By: s/ C. William Phillips
            C. William Phillips

            1330 Avenue of the Americas
            New York, New York  10019
            (212) 841-1000

            *Attorneys for Defendants*