**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 24, 2007, a true and correct copy of the foregoing were filed electronically using the Court's ECF system which will automatically send notification to all parties who have requested such notification. The foregoing documents may be viewed and downloaded using the ECF system.

DATED: July 24, 2007

                        Respectfully submitted,

                        */s/ Ronen Sarraf*
                        SARRAF GENTILE LLP
                        Ronen Sarraf (RS-7694)
                        485 Seventh Avenue, Suite 1005
                        New York, NY 10018
                        T 212.868.3610
                        F 212.918.7967