# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ──────────────────────────────── | |
| ) | |
| STEVE MACRINA, Individually And On Behalf ) | |
| Of All Others Similarly Situated, ) | |
| ) | 07 CV 4108 (JGK) |
| Plaintiff, ) | |
| ) | <u>CLASS ACTION</u> |
| v. ) | |
| ) | ECF CASE |
| J. ROGER MOYER, JR., THOMAS DAUTRICH, ) | |
| GEORGE W. GRANER, EQUIPMENT FINANCE,) | |
| LLC and BANK OF LANCASTER, N.A., ) | |
| ) | |
| Defendants. ) | |
| ──────────────────────────────── ) | |

[Additional Captions Below]

**NOTICE OF MOTION OF CASTLE STRATEGIC TRADING, LLC
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
PURSUANT TO §21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT
<u>OF 1934 AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL</u>**

| | |
|---|---|
| BRIAN JOHNSON, Individually And On Behalf Of All Others Similarly Situated, ) ) | |
| ) | |
| Plaintiff, ) ) | Civil Action No. 07cv4652 (JGK) |
| vs. ) ) | |
| STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA, ) ) ) ) | CLASS ACTION |
| Defendants. ) | |
| CASTLE STRATEGIC TRADING, INC., Individually And On Behalf Of All Others Similarly Situated, ) ) ) ) | |
| ) | |
| Plaintiff, ) ) | Civil Action No. 07cv5594 (JGK) |
| vs. ) ) | CLASS ACTION |
| J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC and BANK OF LANCASTER, N.A., ) ) ) ) | ECF CASE |
| Defendants. ) ) | |
| JEFFREY M. COOLEY, Individually And On Behalf Of All Others Similarly Situated, ) ) ) | |
| ) | |
| Plaintiff, ) ) | Civil Action No. 07cv5671 (JGK) |
| vs. ) ) | CLASS ACTION |
| STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA, ) ) ) ) | ECF CASE |
| Defendants. ) ) ) | |

PLEASE TAKE NOTICE that Movant, Castle Strategic Trading, LLC, upon the

Declaration of Jason D'Agnenica dated July 24, 2007, and the exhibits annexed thereto, the

accompanying Memorandum of Law, all of the prior pleadings and proceedings had herein, and

such other evidence as the Court may consider at the hearing on this motion, hereby respectfully

moves this Court for an order in the form filed herewith: (i) consolidating the above-referenced

actions; (ii) appointing Castle Strategic Trading, LLC as Lead Plaintiff in the actions pursuant to

the Private Securities Litigation Reform Act of 1995; and (iii) approving Movant's selection of

Co-Lead Counsel.

Dated: July 24, 2007

Respectfully submitted,

**STULL, STULL & BRODY**

By: s/ Jason D'Agnenica
    Jules Brody (JB-9151)
    Aaron L. Brody (AB-5850)
    Jason D'Agnenica (JD-9340)
    6 East 45th St.
    New York, NY 10017
    Tel: (212) 687-7230

**KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.**
Gary S. Graifman
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
(845) 356-2570

**Counsel for Plaintiff Castle Strategic
Trading, LLC and Proposed Co-Lead
Counsel For Plaintiffs and The Class**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on July 24, 2007, the foregoing document was filed with
the Clerk of the Court and served upon all parties listed below via ECF and/or Federal Express in
accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and
the Southern District's Rules on Electronic Service:

Dated: July 24, 2007                         __s/ Jason D'Agnenica_____

                                            Jason D'Agnenica (JD-9340)
                                            Stull, Stull & Brody
                                            6 East 45th Street
                                            New York, New York 10017

Lawrence Matthew Rosen
THE ROSEN LAW FIRM, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118

*Counsel for Plaintiff Steve Macrina in Action No.* 1:07-cv-4108-JGK (S.D.N.Y.)

David Avi Rosenfeld
LERACH, COUGHLIN, STOIA,
 GELLER, RUDMAN & ROBBINS, LLP
58 South Service Road
Suite 200
Melville, NY 11747

*Counsel for Plaintiff Brian Johnson in Action No.* 1:07-cv-4652-JGK (S.D.N.Y.)

Gary Steven Graifman
KANTROWITZ, GOLDHAMER
 & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

*Counsel for Plaintiff Castle Strategic Trading, LLC  in Action No.* 1:07-cv-5594-JGK (S.D.N.Y.)

Catherine A. Torrell
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street
New York, NY 10022

*Counsel for Plaintiff Jeffrey M. Cooley in Action No.* 1:07-cv-5671-JGK (S.D.N.Y.)

1

Richard A. Maniskas
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087

*Counsel for Plaintiff Kevin Simpson in Action No.* 2:07-cv-2497-LS (E.D. PA)

C. William Phillips
COVINGTON & BURLING LLP
1330 Avenue of the Americas
New York, NY 10019

*Counsel for Defendants J. Roger Moyer, Jr., Thomas Dautrich, George W. Graner, Equipment Finance, LLC, Bank of Lancaster, N.A. in Action No. 1:07-cv-4108-JGK (S.D.N.Y.); Sterling Financial Corp., J. Roger Moyer, Jr., J. Bradley Scovill, Tito L. Lima in Action No. 1:07-cv-4652-JGK (S.D.N.Y.); Equipment Finance, LLC, Bank of Lancaster, N.A., J. Roger Moyer,Jr., Thomas Dautrich, George W. Graner in Action No. 1:07-cv-5594-JGK (S.D.N.Y.); Sterling Financial lCorp., J. Roger Moyer, J. Bradley Scovill, Tito L. Lima in Action No 1:07-cv-5671-JGK (S.D.N.Y.).*

Andrew J. Soven
REED SMITH, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19106

*Counsel for Defendants Sterling Financial Corp., Equipment Finance, LLc, Bank of Lancaster County,N.A., Tito L. Lima, J. Roger Moyer, Jr., Thomas Dautrich, George W. Graner, and J. Bradley Scovill in Action Nos. 2:07-cv-2171-LS (E.D. PA); 2:07-cv-2497-LS (E.D. PA); 2:07-cv-2694-LS (E.D. PA).*

Nicholas E. Chimicles
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

*Counsel for Plaintiff Raymond Buckwalter in Action No. 2:07-cv-2171-LS (E.D. PA)*