**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE MACRINA, Individually And On Behalf Of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) ) J. ROGER MOYER, JR., THOMAS DAUTRICH, ) GEORGE W. GRANER, EQUIPMENT FINANCE, ) LLC and BANK OF LANCASTER, N.A., ) ) Defendants. ) ) | 07 CV 4108 (JGK) <u>CLASS ACTION</u> ECF CASE |

[Additional Captions Below]

**DECLARATION OF JASON D'AGNENICA IN SUPPORT OF MOTION OF CASTLE STRATEGIC TRADING, LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF PURSUANT TO §21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

| | |
|---|---|
| BRIAN JOHNSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>                Defendants. | Civil Action No. 07cv4652 (JGK)<br><br><u>CLASS ACTION</u> |
| CASTLE STRATEGIC TRADING, INC., Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC and BANK OF LANCASTER, N.A.,<br><br>                Defendants. | Civil Action No. 07cv5594 (JGK)<br><br><u>CLASS ACTION</u><br><br>ECF CASE |
| JEFFREY M. COOLEY, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>                Defendants. | Civil Action No. 07cv5671 (JGK)<br><br><u>CLASS ACTION</u><br><br>ECF CASE |

I, Jason D'Agnenica, hereby declare:

1. I am an attorney at the law firm of Stull, Stull & Brody. I submit this Declaration in support of the motion of Castle Strategic Trading, LLC for consolidation, appointment as lead plaintiff and approval of selection of Stull, Stull & Brody and Kantrowitz, Goldhamer & Graifman, P.C. as Co-Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice of pendency published over Market Wire, a national, business-oriented news wire service, on May 25, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the plaintiff certification executed by Matthew H. Maschler on behalf of proposed lead plaintiff Castle Strategic Trading, LLC, which demonstrates Movant's class standing and requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit C is a chart summarizing the transactions of the Castle Strategic Trading, LLC in Sterling Financial Corp. common stock during the Class Period.

5. Attached hereto as Exhibits D and E are true and correct copies of Stull, Stull & Brody's and Kantrowitz, Goldhamer & Graifman, P.C.'s firm biographies.

Signed under penalties of perjury this 24th day of July 2007.

          By: s/ Jason D'Agnenica
              Jason D'Agnenica (JD-9340)
              STULL, STULL & BRODY
              6 East 45th Street
              New York, NY 10017
              Tel: (212) 687-7230

              **On Behalf of Plaintiff Castle Strategic Trading, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2007, the foregoing document was filed with the Clerk of the Court and served upon all parties listed below via ECF and/or Federal Express in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service:

Dated: July 24, 2007                                                              s/ Jason D'Agnenica
                                                                                     Jason D'Agnenica (JD-9340)
                                                                                     Stull, Stull & Brody
                                                                                     6 East 45th Street
                                                                                     New York, New York 10017

Lawrence Matthew Rosen
THE ROSEN LAW FIRM, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118

*Counsel for Plaintiff Steve Macrina in Action No.* 1:07-cv-4108-JGK (S.D.N.Y.)

David Avi Rosenfeld
LERACH, COUGHLIN, STOIA,
 GELLER, RUDMAN & ROBBINS, LLP
58 South Service Road
Suite 200
Melville, NY 11747

*Counsel for Plaintiff Brian Johnson in Action No.* 1:07-cv-4652-JGK (S.D.N.Y.)

Gary Steven Graifman
KANTROWITZ, GOLDHAMER
 & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

*Counsel for Plaintiff Castle Strategic Trading, LLC  in Action No.* 1:07-cv-5594-JGK (S.D.N.Y.)

Catherine A. Torrell
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street
New York, NY 10022

*Counsel for Plaintiff Jeffrey M. Cooley in Action No.* 1:07-cv-5671-JGK (S.D.N.Y.)

1

Richard A. Maniskas
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087

*Counsel for Plaintiff Kevin Simpson in Action No. 2:07-cv-2497-LS (E.D. PA)*

C. William Phillips
COVINGTON & BURLING LLP
1330 Avenue of the Americas
New York, NY 10019

*Counsel for Defendants J. Roger Moyer, Jr., Thomas Dautrich, George W. Graner, Equipment Finance, LLC, Bank of Lancaster, N.A. in Action No. 1:07-cv-4108-JGK (S.D.N.Y.); Sterling Financial Corp., J. Roger Moyer, Jr., J. Bradley Scovill, Tito L. Lima in Action No. 1:07-cv-4652-JGK (S.D.N.Y.); Equipment Finance, LLC, Bank of Lancaster, N.A., J. Roger Moyer,Jr., Thomas Dautrich, George W. Graner in Action No. 1:07-cv-5594-JGK (S.D.N.Y.); Sterling Financial lCorp., J. Roger Moyer, J. Bradley Scovill, Tito L. Lima in Action No 1:07-cv-5671-JGK (S.D.N.Y.).*

Andrew J. Soven
REED SMITH, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19106

*Counsel for Defendants Sterling Financial Corp., Equipment Finance, LLc, Bank of Lancaster County,N.A., Tito L. Lima, J. Roger Moyer, Jr., Thomas Dautrich, George W. Graner, and J. Bradley Scovill in Action Nos. 2:07-cv-2171-LS (E.D. PA); 2:07-cv-2497-LS (E.D. PA); 2:07-cv-2694-LS (E.D. PA).*

Nicholas E. Chimicles
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

*Counsel for Plaintiff Raymond Buckwalter in Action No. 2:07-cv-2171-LS (E.D. PA)*

2