**KIRBY McINERNEY & SQUIRE**
Ira Press (IP 5313)
830 Third Avenue, 10th Floor
New York, NY 10022
212-371-6600

Additional counsel listed below

Attorneys for the New Mexico Funds

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE MACRINA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>             vs.<br><br>J. ROGER MOYER, JR., THOMAS DAUTRICH GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, BANK OF LANCASTER, N.A.<br><br>                    Defendants<br><br>            -and-<br><br>_____ | Case No. 07-cv-04108 (JGK) |

*additional captions continued on following pages*

---

**DECLARATION OF IRA PRESS IN SUPPORT OF MOTION TO APPOINT THE NEW MEXICO FUNDS AS LEAD PLAINTIFF**

---

| | |
|---|---|
| BRIAN JOHNSON, Individually and on Behalf of All Others Similarly Situated )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>STERLING FINANCIAL CORPORATION, )<br>J. ROGER MOYER, JR., J. BRADLEY SCOVILL )<br>TITO L. LIMA )<br>)<br>Defendants )<br>)<br>-and- )<br>)<br>_____ ) | Case No. 07-cv-04652 (JGK) |
| CASTLE STRATEGIC TRADING, INC., )<br>Individually and on Behalf of all others Similarly )<br>Situated )<br>Plaintiffs )<br>)<br>vs. )<br>)<br>J. ROGER MOYER, JR., THOMAS DAUTRICH, )<br>GEORGE W. GRANER, EQUIPMENT FINANCE,)<br>LLC, BANK OF LANCASTER, N.A. )<br>)<br>Defendants )<br>)<br>-and- )<br>)<br>_____ ) | Case No. 07-cv-05594 (JGK) |
| JEFFREY M. COOLEY, Individually and on Behalf of All Others Similarly Situated )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>STERLING FINANCIAL CORPORATION, )<br>JR.  J. ROGER MOYER, J. BRADLEY SCOVILL, )<br>TITO L. LIMA ) | Case No. 07-cv-05671 (JGK) |

|  | ) |
| Defendants | ) |
|  | ) |

Ira Press, under penalties of perjury, hereby declares:

1. I am a lawyer with the law firm of Kirby McInerney & Squire, LLP, liaison counsel to the proposed lead plaintiff, the Public Employees Retirement Association of New Mexico and the State of New Mexico Educational Retirement (collectively the "New Mexico Funds"). I submit this Declaration in support of the New Mexico Funds Motion for Appointment of the as Lead Plaintiff, Approval of Selection of Lead and Liaison Counsel and Consolidation of Related Cases.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the complaint filed against Sterling Financial Corporation. (*Macrina v. Moyer, et al,* Civil Action No. 07-cv-04108, United States District Court, Southern District of New York).

3. Attached hereto as Exhibit 2 is a true and accurate copy of the declaration of Gary King, Attorney General for the State of New Mexico.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the New Mexico Funds' certifications and loss charts presenting the New Mexico Funds transactions in the subject securities and summarizing the New Mexico Funds total estimated losses of $1,274,881.83.

5. Attached hereto as Exhibit 4 is a true and accurate copy of charts calculating the New Mexico Funds' transactions and losses in the subject security.

6. Attached hereto as Exhibit 5 is a true and correct copy of the notice published on, Market Wire, a national, business-oriented newswire service, on May 25, 2007.

7. Attached hereto as Exhibit 6 is a copy of the firm resumes for Cauley Bowman Carney & Williams, PLLC and Kirby McInerney & Squire, LLP.

Dated: July 24, 2004

                                                   /s/ Ira Press
                                                Ira M. Press (IP 5313)