# Exhibit 4

**Exhibit 3**
**New Mexico ERB**
**Sterling Financial Corporation  (NYSE:SLFI) Transaction Details**

| | Shares Bought | | | Shares Sold | |
| Date | # of Shares | Price | Date | # of Shares | Price |
|---|---|---|---|---|---|
| 5/16/2006 | 2,000 | $20.7010 | | | |
| 5/17/2006 | 2,300 | $20.6679 | | | |
| 5/18/2006 | 600 | $20.7929 | | | |
| 5/19/2006 | 200 | $20.7790 | | | |
| 5/22/2006 | 800 | $20.8000 | | | |
| 5/25/2006 | 3,000 | $21.4950 | | | |
| 5/30/2006 | 7,900 | $21.4200 | | | |
| 6/15/2006 | 2,200 | $21.2800 | | | |
| 6/16/2006 | 6,200 | $21.2180 | | | |
| 6/23/2006 | 6,300 | $21.0320 | | | |
| 7/26/2006 | 8,200 | $22.0040 | | | |
| 8/10/2006 | 200 | $21.5500 | | | |
| 8/11/2006 | 2,800 | $21.5410 | | | |
| 8/14/2006 | 1,100 | $21.5500 | | | |
| 8/16/2006 | 1,300 | $21.9420 | | | |
| 8/17/2006 | 400 | $21.9439 | | | |
| 12/19/2006 | 1,800 | $23.0450 | | | |
| 12/28/2006 | 2,900 | $23.7500 | | | |
| 12/29/2006 | 4,000 | $23.7430 | | | |

**Exhibit 3**
**New Mexico PERA**
**Sterling Financial Corporation (NYSE:SLFI) Transaction Details**

| Date | Shares Bought # of Shares | Price | Date | Shares Sold # of Shares | Price |
|---|---|---|---|---|---|
| 8/8/2006 | 13,700 | $21.4880 | 6/25/2004 | 2,300 | $24.4270 |
| 8/9/2006 | 8,600 | $21.7450 | | | |
| 8/23/2006 | 10,700 | $21.7800 | | | |
| 9/8/2006 | 1,400 | $21.4899 | | | |
| 9/11/2006 | 1,500 | $21.5189 | | | |
| 9/12/2006 | 200 | $21.6550 | | | |
| 9/13/2006 | 600 | $21.8000 | | | |
| 9/15/2006 | 700 | $22.0000 | | | |
| 9/18/2006 | 400 | $22.0000 | | | |
| 9/29/2006 | 6,600 | $21.9800 | | | |
| 11/28/2006 | 3,840 | $22.6990 | | | |
| 12/1/2006 | 180 | $22.4400 | | | |
| 12/7/2006 | 5,340 | $23.2260 | | | |
| 12/8/2006 | 3,120 | $23.2810 | | | |
| 2/28/2007 | 3,720 | $21.4960 | | | |
| 6/24/2005 | 3,800 | $21.0770 | | | |