**KIRBY McINERNEY & SQUIRE, LLP**
Ira Press (IP 5313)
830 Third Avenue, 10th Floor
New York, NY 10022
212-371-6600

Additional counsel listed below

Attorneys for the New Mexico Funds

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> J. ROGER MOYER, JR., THOMAS DAUTRICH GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, BANK OF LANCASTER, N.A. <br><br> Defendants <br><br> -and- | Case No. 07-cv-04108 (JGK) |
| BRIAN JOHNSON, Individually and on Behalf of All Others Similarly Situated <br><br> Plaintiffs, <br><br> vs. <br><br> STERLING FINANCIAL CORPORATION, J. ROGER MOYER, JR., J. BRADLEY SCOVILL TITO L. LIMA <br><br> Defendants <br><br> -and- | Case No. 07-cv-04652 (JGK) |

**AFFIDAVIT OF SERVICE BY MAIL**

| | |
|---|---|
| CASTLE STRATEGIC TRADING, INC., ) <br> Individually and on Behalf of all others Similarly ) <br> Situated ) <br>                              Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> J. ROGER MOYER, JR., THOMAS DAUTRICH, ) <br> GEORGE W. GRANER, EQUIPMENT FINANCE,) <br> LLC, BANK OF LANCASTER, N.A. ) <br>                              Defendants ) | Case No. 07-cv-05594 (JGK) |
| -and- | |
| JEFFREY M. COOLEY, Individually and on ) <br> Behalf of All Others Similarly Situated ) <br>                              Plaintiffs ) <br> vs. ) <br> STERLING FINANCIAL CORPORATION, ) <br> JR. J. ROGER MOYER, J. BRADLEY SCOVILL, ) <br> TITO L. LIMA ) <br>                              Defendants ) | Case No. 07-cv-05671 (JGK) |

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

      I, MARISA SANELLI, hereby state under penalty of perjury that I am not a party to this action, am over 18 years of age, and reside in the State and City of New York. On July 24,

2007, I personally served the following:

1. NOTICE OF MOTION FOR APPOINTMENT OF THE NEW MEXICO FUNDS AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED CASES

2. MEMORANDUM OF LAW IN SUPPORT OF THE NEW MEXICO FUNDS MOTION FOR LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL AND CONSOLIDATION OF RELATED CASES

3. SUPPORTING DECLARATION OF IRA PRESS

4. [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF THE NEW MEXICO FUNDS, APPROVING SELECTION OF COUNSEL AND CONSOLIDATING ALL ACTIONS

by mailing a true copy of the attached papers, enclosed and properly sealed in a postage envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, by first class mail, postage prepaid upon:

Nicholas E. Chimicles
Benjamin Johns
Michael D. Gottsch
**Chimicles & Tikellis LLP**
361 West Lancaster Avenue
Haverford, PA 19041

Andrew J. Soven
**Reed Smith, LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19106

Richard A. Maniskas
**Schiffrin & Barroway, LLP**
280 King of Prussia Road
Radnor, PA 19087

Joseph F. Roda
Eric L. Keepers
**Roda & Nast P.C.**
801 Estelle Drive
Lancaster, PA 17601

Laurence Matthew Rosen
Phillip C. Kim
**The Rosen Law Firm, P.A.**
350 Fifth Avenue, Suite 5508
New York, NY 10118

C. William Phillips
**Covington & Burling LLP**
620 Eighth Avenue
New York, NY 10018-1405

David Avi Rosenfeld
Mario Alba, Jr.
Samuel Howard Rudman
**Lerach, Coughlin, Stoia, Geller,
    Rudman & Robbins, LLP**
58 South Service Road
Suite 200
Melville, NY 11747

Gary Steven Graifman
Michael Louis Braunstein
**Kantrowitz Goldhamer & Graifman, P. C.**
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

Jules Brody
Howard Theodore Longman
**Stull Stull & Brody**
6 East 45th Street, 5th Floor
New York, NY 10017

Catherine A. Torell
**Cohen, Milstein, Hausfeld & Toll, PLLC**
150 East 52nd Street
New York, NY 10022

_____
MARISA SANELLI

Sworn to before me this 24th day
of July, 2007

_____
Notary Public

IRA M. PRESS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4988613
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES Nov. 5, 2009

4