**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
   email:   pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
   email:   lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

[Proposed] Lead Counsel for Lead Plaintiffs and Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE MACRINA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                      Plaintiff,<br><br>  vs.<br><br>J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, BANK OF LANCASTER, N.A.<br><br>                      Defendants.<br><br>***[Caption Continues]*** | ECF CASE<br>Case No.: 1:07cv04108 (JGK)<br><br>**NOTICE OF MOTION OF THE STERLING INVESTOR GROUP TO: (1) CONSOLIDATE RELATE ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL** |

| | |
|---|---|
| BRIAN JOHNSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>vs.<br><br>STERLING FINANCIAL CORPORATION, et al.<br><br>                Defendants. | Case No.: 1:07cv04652 (JGK) |
| CASTLE STRATEGIC TRADING, INC., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>vs.<br><br>J. ROGER MOYER, JR., et al.<br><br>                Defendants. | Case No.: 1:07cv05594 (JGK) |
| JEFFREY M. COOLEY , INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>vs.<br><br>J. ROGER MOYER, JR., et al.<br><br>              Defendants. | Case No.: 1:07cv05671 (JGK) |

**PLEASE TAKE NOTICE** that pursuant to Section 21 D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform

Act of 1995 (the "PSLRA"), Plaintiffs Financial Securities Company, a Pennsylvania Partnership, and Mr. and Mrs. Ronald L. Good, (the "Sterling Investor Group" or "Movants") hereby moves this Court, the Honorable John G. Koeltl, United States District Judge, for an order:

        (a)     consolidating the related actions;

        (b)     appointing the Sterling Investor Group and each of its members to serve as Lead Plaintiffs in the Consolidated actions; and

        (c)     approving Sterling Investor Group's selection of The Rosen Law Firm P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movants submit: (1) the Declaration of Phillip Kim dated July 24, 2007 (with exhibits); (2) Memorandum of Law dated July 24, 2007; and (3) a [Proposed] Order granting Movants' Motion to consolidate related actions, appointing Lead Plaintiffs, and approving Lead Plaintiffs' selection of Counsel.

                                    Respectfully submitted,

Dated: July 24, 2007

                                    /s/ Phillip Kim
                              Phillip Kim, Esq. (PK 9384)
                              Laurence M. Rosen, Esq. (LR 5733)
                              **THE ROSEN LAW FIRM, P.A.**
                              350 Fifth Avenue, Suite 5508
                              New York, New York 10118
                              Telephone: (212) 686-1060
                              Fax: (212) 202-3827

                              [Proposed] Lead Counsel for Lead Plaintiffs and Class

**CERTIFICATE OF SERVICE**

I hereby certify that on this on the 24th day of July, 2007, a true and correct copy of the foregoing **NOTICE OF MOTION TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND, (3) APPROVE LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim