**EXHIBIT 2**

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against certain subsidiaries of Sterling Financial Corporation ("Sterling") including Equipment Finance LLC and Bank of Lancaster, and certain of their officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against certain subsidiaries of Sterling, EFI  and certain of their officers and directors and I retain as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in Sterling common stock during the Class Period.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
|  |  | $ |  | $ |
| See Attached |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _16th_ day of _July_, 2007.

Signature: _Financial Securities Co., Partnership Paul H. Price, General Partner_

Name: _FINANCIAL SECURITIES Co._

Address:

Phone:

E-mail:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118

Printed on:
For Account Number:

Account Office: 65P
Page: 1 of 1

Account Name: FINANCIAL SECURITIES CO
A PARTNERSHIP

Account Rep:

BROKERAGE DEPT.
2ND FLOOR

| SD | TD | Type | Code | Quantity | Symbol | Description | Trade | Price | Amount | Comm | Callback |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/11/05 | 05/06/05 | Cash | BUY | 100L | SLFI | STERLING FINL CORP | 97022 | 27.7 | 2779.67 | 9.67 | |
| 05/11/05 | 05/06/05 | Cash | BUY | 100L | SLFI | STERLING FINL CORP | 97143 | 27.76 | 2785.66 | 9.66 | |
| 05/11/05 | 05/06/05 | Cash | BUY | 100L | SLFI | STERLING FINL CORP | 97306 | 27.8 | 2789.67 | 9.67 | |
| 05/11/05 | 05/06/05 | Cash | BUY | 100L | SLFI | STERLING FINL CORP | 97309 | 27.8 | 2789.67 | 9.67 | |
| 05/11/05 | 05/06/05 | Cash | BUY | 100L | SLFI | STERLING FINL CORP | 97339 | 27.85 | 2794.66 | 9.66 | |
| 05/11/05 | 05/06/05 | Cash | BUY | 100L | SLFI | STERLING FINL CORP | 97353 | 27.85 | 2794.67 | 9.67 | |
| 05/11/05 | 05/06/05 | Cash | BUY | 100L | SLFI | STERLING FINL CORP | 97403 | 27.9 | 2799.67 | 9.67 | |
| 05/11/05 | 05/06/05 | Cash | BUY | 800L | SLFI | STERLING FINL CORP | 97432 | 27.92 | 22413.33 | 77.33 | |

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against certain subsidiaries of Sterling Financial Corporation ("Sterling") including Equipment Finance LLC and Bank of Lancaster, and certain of their officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     I have reviewed the complaint against certain subsidiaries of Sterling, EFI and certain of their officers and directors and I retain as counsel in this action for all purposes.

2.     I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales I have made in Sterling common stock during the Class Period. *RONALD L. GOOD & LINDA W. GOOD TEN BY ENTIRETY*

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 57.581 | 07/01/04 | $ 24.180 | | $ |
| 56.204 | 10/01/04 | $ 26.688 | | $ |
| 56.460 | 01/03/05 | $ 26.626 | | $ |
| 61.437 | 04/01/05 | $ 24.616 | | $ |
| 71.903 | 07/01/05 | $ 21.500 | | $ |
| 84.081 | 10/03/05 | $ 19.920 | | $ |
| 80.030 | 01/03/06 | $ 21.075 | | $ |
| 81.127 | 04/03/06 | $ 20.929 | | $ |
| 79.806 | 07/03/06 | $ 21.417 | | $ |
| 80.684 | 10/02/06 | $ 22.846 | | $ |
| 81.114 | 01/02/07 | $ 22.874 | | $ |
| 85.371 | 04/02/07 | $ 21.876 | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM: (212) 202-3827

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _20_ the day of
_July_____, 2007.

RONALD L. GOOD & LINDA W. GOOD TEN BY ENTIRETY

Signature: _Linda W. Good_
Name: Ronald L. Good
Address:

Phone:
E-mail:


Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118