# STERLING INVESTOR GROUP LOSS CHART

| NAME OF SHARHOLDER | DATE PURCHASED | NUMBER OF SHARES PURCHASED | PRICE PAID PER SHARE | COSTS BASIS | DATE SOLD | NUMBER OF SHARES SOLD | PRICE SOLD PER SHARE | GAIN | REMAINING SHARES | VALUE OF HELD SHARES $10.95 LOOKBACK | LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ronald L. Good and Linda W. Good** | | | | | | | | | | | |
| | 7/1/2004 | 57.581 | ($24.1800) | ($1,392.3086) | | | | | | | |
| | 10/1/2004 | 56.204 | ($26.5880) | ($1,494.3520) | | | | | | | |
| | 1/3/2005 | 56.460 | ($26.6260) | ($1,503.3040) | | | | | | | |
| | 4/1/2005 | 61.437 | ($24.6160) | ($1,512.3332) | | | | | | | |
| | 7/1/2005 | 71.903 | ($21.5000) | ($1,545.9145) | | | | | | | |
| | 10/3/2005 | 84.081 | ($19.9200) | ($1,674.8935) | | | | | | | |
| | 1/3/2006 | 80.030 | ($21.0750) | ($1,686.6323) | | | | | | | |
| | 4/3/2006 | 81.127 | ($20.9290) | ($1,697.9070) | | | | | | | |
| | 7/3/2006 | 79.806 | ($21.4170) | ($1,709.2051) | | | | | | | |
| | 10/2/2006 | 80.684 | ($22.8460) | ($1,843.3067) | | | | | | | |
| | 1/2/2007 | 81.114 | ($22.8740) | ($1,855.4016) | | | | | | | |
| | 4/2/2007 | 85.371 | ($21.8760) | ($1,867.5760) | | | | | | | |
| **TOTALS** | | 875.798 | | ($19,783.1343) | | | | | 875.798 | $9,589.9881 | ($10,193.1462) |
| | | | | | | | | | | | |
| **Financial Securities Company, a Pennsylvania Partnership** | | | | | | | | | | | |
| | 5/6/2005 | 100 | ($27.7000) | ($2,770.0000) | | | | | | | |
| | 5/6/2005 | 100 | ($27.7600) | ($2,776.0000) | | | | | | | |
| | 5/6/2005 | 100 | ($27.8000) | ($2,780.0000) | | | | | | | |
| | 5/6/2005 | 100 | ($27.8000) | ($2,780.0000) | | | | | | | |
| | 5/6/2005 | 100 | ($27.8500) | ($2,785.0000) | | | | | | | |
| | 5/6/2005 | 100 | ($27.8500) | ($2,785.0000) | | | | | | | |
| | 5/6/2005 | 100 | ($27.9000) | ($2,790.0000) | | | | | | | |
| | 5/6/2005 | 800 | ($27.9200) | ($22,336.0000) | | | | | | | |
| **TOTALS** | | 1500 | | ($41,802.0000) | | | | | 1500 | $16,425.0000 | ($25,377.0000) |
| | | | | | | | | | | | |
| **TOTAL LOSSES OF STERLING INVESTOR GROUP** | | | | | | | | | | | ($35,570.1462) |