UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>J. RODGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>    Defendants. | Civil Action No. 07-CV-4108<br><br>ECF Filed |

(Captions continued on subsequent page)

**MOTION OF THE SAN ANTONIO FIRE & POLICE PENSION FUND AND THE EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS FOR (1) APPOINTMENT AS LEAD PLAINTIFFS; (2) APPROVAL OF THEIR SELECTION OF COUNSEL AS CO-LEAD COUNSEL FOR THE CLASS; AND <u>(3) CONSOLIDATION OF ALL RELATED ACTIONS</u>**

| | |
|---|---|
| BRIAN JOHNSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORP., J. RODGER MOYER, JR, J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>      Defendants. | Civil Action No. 07-CV-4652 |
| CASTLE STRATEGIC TRADING LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>J. RODGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>      Defendants. | Civil Action No. 07-CV-5594 |
| JEFFREY M. COOLEY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORP., J. RODGER MOYER, JR, J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>      Defendants. | Civil Action No. 07-CV-5671 |

PLEASE TAKE NOTICE that on a date and time to be set by the Court, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, the San Antonio Fire & Police Pension Fund ("San Antonio") and the Employees Retirement System of the City of St. Louis ("St. Louis") will respectfully move this Court pursuant to 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order appointing San Antonio and St. Louis as Lead Plaintiffs, approving their selection of the law firms Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio") as Co-Lead Counsel, and consolidating all related securities class actions pending in this District pursuant to Federal Rule of Civil Procedure 42(a).

San Antonio and St. Louis intend to demonstrate that they have the largest financial interest in the relief sought by the Class and should, therefore, be appointed Lead Plaintiffs.  The appointment of San Antonio and St. Louis would advance the primary goal of the lead plaintiff provisions of the PSLRA to encourage institutional investors with large financial stakes in the outcome of the litigation to assume control over securities class actions.  In addition, San Antonio and St. Louis meet the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.

This Motion is supported by the accompanying Memorandum of Law in support thereof, the Declaration of Gerald H. Silk filed herewith, the pleadings and other files herein, and such other written and oral argument as may be permitted by the Court. San Antonio and St. Louis respectfully request the opportunity to present oral argument in support of its Motion.

WHEREFORE, San Antonio and St. Louis respectfully request that the Court: (i) appoint San Antonio and St. Louis as Lead Plaintiffs pursuant to the PSLRA; (ii) approve their selection of Bernstein Litowitz Berger & Grossmann LLP and Berman DeValerio Pease Tabacco Burt & Pucillo as Co-Lead Counsel for the Class; (iii) consolidate all related actions; and (iv) grant such other and further relief as the Court may deem just and proper.

Dated: July 24, 2007

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Gerald H. Silk
Gerald H. Silk (GS-4565)
Noam Mandel (NM-0203)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
(212) 554-1400

Counsel for the Fire & Police Pension Fund, San Antonio, and Proposed Co-Lead Counsel for the Class

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

Glen DeValerio
Leslie R. Stern
One Liberty Square

Boston, MA 02109
(617) 542-8300

Counsel for the Employees Retirement System of the City of St. Louis and Proposed Co-Lead Counsel for the Class