UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>J. RODGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>　　　　Defendants. | Civil Action No. 07-CV-4108<br><br>ECF Filed |

(Captions continued on subsequent page)


**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF THE SAN ANTONIO FIRE & POLICE PENSION FUND AND THE EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS FOR (1) APPOINTMENT AS LEAD PLAINTIFFS; (2) APPROVAL OF THEIR SELECTION OF COUNSEL AS CO-LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS**

| | |
|---|---|
| BRIAN JOHNSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORP., J. RODGER MOYER, JR, J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>      Defendants. | Civil Action No. 07-CV-4652 |
| CASTLE STRATEGIC TRADING LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>J. RODGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>      Defendants. | Civil Action No. 07-CV-5594 |
| JEFFREY M. COOLEY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORP., J. RODGER MOYER, JR, J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>      Defendants. | Civil Action No. 07-CV-5671 |

I, Gerald H. Silk, declare as follows:

1. I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this declaration in support of the Motion filed by the San Antonio Fire & Police Pension Fund ("San Antonio") and the Employees Retirement System of the City of St. Louis ("St. Louis") for appointment as Lead Plaintiff, approval of their selection of Bernstein Litowitz Berger & Grossmann LLP and Berman DeValerio Pease Tabacco Burt & Pucillo to serve as Co-Lead Counsel for the Class, and for consolidation of all related actions.

2. Attached as Exhibits A through G are true and correct copies of the following documents:

Exhibit A: Certification of San Antonio, with attached chart of San Antonio's transactions;

Exhibit B: Certification of St. Louis, with attached chart of St. Louis' transactions;

Exhibit C: Chart of San Antonio's transactions and losses;

Exhibit D: Chart of St. Louis' transactions and losses;

Exhibit E: Notices of pendency of this class action;

Exhibit F: Firm Biography of Bernstein Litowitz Berger & Grossmann LLP; and

Exhibit G: Firm Biography of Berman DeValerio Pease Tabacco Burt & Pucillo.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of July, 2007.

                                                                /s/   Gerald H. Silk
                                                                    Gerald H. Silk