## CERTIFICATION

Warren J. Schott, Executive Director and Chief Investment Officer of the Fire & Police Pension Fund, San Antonio ("San Antonio") declares, as to the claims asserted under the federal securities laws, that:

1.  He has reviewed a complaint filed in this matter. San Antonio has retained Bernstein Litowitz Berger & Grossmann LLP to serve as counsel in this matter.

2.  San Antonio did not purchase the securities that are the subject of this action at the direction of its counsel or to participate in this private action.

3.  San Antonio is willing to serve as a Lead Plaintiff and class representative on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  San Antonio's transactions in Sterling Financial Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5.  During the three years prior to the date of this Certification, San Antonio has sought to serve as a Lead Plaintiff for a class in the following actions filed under the federal securities law but was not appointed:

*In re American Italian Pasta Company Securities Litigation*

6.  San Antonio will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18 day of July 2007.

*[signature]*
Warren J. Schott
Executive Director/Chief Investment Officer
*Fire & Police Pension Fund, San Antonio*

**San Antonio Fire & Police Pension Fund**
**Transactions in Sterling Financial Corporation**
**Class Period: 4/27/04-5/25/07**

| Transaction | Trade Date | Shares | Price |
|---|---|---|---|
| Purchases | 05/16/06 | 800 | $20.7012 |
| Purchases | 05/17/06 | 10 | $20.6684 |
| Purchases | 05/17/06 | 890 | $20.6684 |
| Purchases | 05/18/06 | 200 | $20.7939 |
| Purchases | 05/19/06 | 100 | $20.7792 |
| Purchases | 05/22/06 | 300 | $20.8000 |
| Purchases | 05/25/06 | 1,100 | $21.4952 |
| Purchases | 05/30/06 | 3,000 | $21.4202 |
| Purchases | 06/15/06 | 800 | $21.2805 |
| Purchases | 06/16/06 | 2,400 | $21.2185 |
| Purchases | 06/23/06 | 2,300 | $21.0323 |
| Purchases | 07/26/06 | 3,200 | $22.0045 |
| Purchases | 08/11/06 | 1,100 | $21.5418 |
| Purchases | 08/14/06 | 400 | $21.5500 |
| Purchases | 08/16/06 | 500 | $21.9428 |
| Purchases | 08/17/06 | 100 | $21.9444 |
| Purchases | 12/19/06 | 660 | $23.0451 |
| Purchases | 12/28/06 | 1,140 | $23.7500 |
| Purchases | 12/29/06 | 1,540 | $23.7435 |
| Purchases | 03/29/07 | 80 | $22.0907 |
| Sales | 04/20/07 | (810) | $21.6199 |
| Sales | 05/25/07 | (3,970) | $10.0935 |
| Sales | 05/25/07 | (8,790) | $10.0452 |