## PLAINTIFF'S CERTIFICATION OF SECURITIES
## FRAUD CLASS ACTION COMPLAINT

I, Richard R. Frank, Secretary of the Board of Trustees, Employees Retirement System of the City of St. Louis (the "System"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the complaint filed against *Sterling Financial Corp.* (the "Complaint"). The System retains Berman, DeValerio Pease Tabacco Burt & Pucillo to represent it in this action.

2. The System is willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

3. The System's transaction(s) in Sterling Financial (Nasdaq:SLFI) common stock during the Class Period, April 27, 2004 through and including May 25, 2007, are as follows:

**See Attached Exhibit A**

4. The System did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the Securities Exchange Act of 1934.

5. During the three year period preceding the date of this Certification, the System has not sought to serve, nor has it served, as a representative to any party on behalf of a class in any private action arising under the Securities Exchange Act of 1934.

6. The System will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses directly relating to its representation of the Class.

Signed under the penalties of perjury this 20th day of July, 2007

Richard R. Frank
Secretary of the Board of Trustees
Employees Retirement System of the City of St. Louis

*Sterling Financial Corporation*
*Exhibit A*

**Class Period:** 4/27/04 - 5/25/07

**Shareholder:** Employees Retirement System of the City of St. Louis

| Trade Date | Shares Bought | Shares Sold | Price/Share |
|---|---|---|---|
| 8/8/2006 | 3,000 | | $21.4887 |
| 8/9/2006 | 1,900 | | $21.7458 |
| 8/23/2006 | 2,500 | | $21.7801 |
| 9/8/2006 | 300 | | $21.4907 |
| 9/11/2006 | 400 | | $21.5197 |
| 9/13/2006 | 100 | | $21.8000 |
| 9/15/2006 | 200 | | $22.0000 |
| 9/18/2006 | 100 | | $22.0000 |
| 9/29/2006 | 1,500 | | $21.9803 |
| 11/28/2006 | 690 | | $22.6994 |
| 12/1/2006 | 40 | | $22.4400 |
| 12/7/2006 | 1,140 | | $23.2267 |
| 12/8/2006 | 670 | | $23.2810 |
| 2/28/2007 | 670 | | $21.4967 |
| 3/1/2007 | 20 | | $21.4799 |
| 3/5/2007 | 670 | | $21.4863 |
| 4/20/2007 | | (360) | $21.6199 |
| 5/25/2007 | | (5,510) | $10.0452 |
| 5/25/2007 | | (2,890) | $10.0935 |