**San Antonio Fire and Police Pension Fund**
**Loss Calculation in Sterling Financial Corporation**
Class Period: 04/27/04 - 05/25/07

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| opening balance | | 0 | | | | | | | |
| Purchases | 05/16/06 | 800 | $20.7012 | $ 16,560.96 | Sales | 04/20/07 | (810) | $21.6199 | $ (17,512.12) |
| Purchases | 05/17/06 | 10 | $20.6684 | $ 206.68 | Sales | 05/25/07 | (3,970) | $10.0935 | $ (40,071.20) |
| Purchases | 05/17/06 | 890 | $20.6684 | $ 18,394.88 | Sales | 05/25/07 | (8,790) | $10.0452 | $ (88,297.31) |
| Purchases | 05/18/06 | 200 | $20.7939 | $ 4,158.78 | | | | | |
| Purchases | 05/19/06 | 100 | $20.7792 | $ 2,077.92 | | | | | |
| Purchases | 05/22/06 | 300 | $20.8000 | $ 6,240.00 | | | | | |
| Purchases | 05/25/06 | 1,100 | $21.4952 | $ 23,644.72 | | | | | |
| Purchases | 05/30/06 | 3,000 | $21.4202 | $ 64,260.60 | | | | | |
| Purchases | 06/15/06 | 800 | $21.2805 | $ 17,024.40 | | | | | |
| Purchases | 06/16/06 | 2,400 | $21.2185 | $ 50,924.40 | | | | | |
| Purchases | 06/23/06 | 2,300 | $21.0323 | $ 48,374.29 | | | | | |
| Purchases | 07/26/06 | 1,670 | $22.0045 | $ 36,747.52 | | | | | |
| | | 13,570 | | $ 288,615.15 | | | (13,570) | | $ (145,880.62) |

loss on class period sales $ (142,734.52)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchases | 07/26/06 | 1,530 | $22.0045 | $ 33,666.89 | **Sales | 05/29/07 | (2,200) | $10.2066 | $ (22,454.52) |
| Purchases | 08/11/06 | 1,100 | $21.5418 | $ 23,695.98 | **Sales | 05/30/07 | (670) | $9.9784 | $ (6,685.53) |
| Purchases | 08/14/06 | 400 | $21.5500 | $ 8,620.00 | **Sales | 05/31/07 | (4,180) | $9.8660 | $ (41,239.88) |
| Purchases | 08/16/06 | 500 | $21.9428 | $ 10,971.40 | | | | | |
| Purchases | 08/17/06 | 100 | $21.9444 | $ 2,194.44 | | | | | |
| Purchases | 12/19/06 | 660 | $23.0451 | $ 15,209.77 | | | | | |
| Purchases | 12/28/06 | 1,140 | $23.7500 | $ 27,075.00 | | | | | |
| Purchases | 12/29/06 | 1,540 | $23.7435 | $ 36,564.99 | | | | | |
| Purchases | 03/29/07 | 80 | $22.0907 | $ 1,767.26 | | | | | |
| | | 7,050 | | $ 159,765.72 | | | (7,050) | | $ (70,379.93) |

loss on post-class period sales $ (89,385.79)

**Overall Loss $ (232,120.31)**

**actual price used as it was higher than the average price from the end of the class period to the date of the sale