**Employees Retirement System of the City of St. Louis**
**Loss Calculation in Sterling Financial Corporation**
Class Period: 04/27/04 - 05/25/07

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | opening balance | 0 | | | | | | | |
| Purchases | 08/08/06 | 3,000 | $21.4887 | $ 64,466.10 | Sales | 04/20/07 | (360) | $21.6199 | $ (7,783.16) |
| Purchases | 08/09/06 | 1,900 | $21.7458 | $ 41,317.02 | Sales | 05/25/07 | (5,510) | $10.0452 | $ (55,349.05) |
| Purchases | 08/23/06 | 2,500 | $21.7801 | $ 54,450.25 | Sales | 05/25/07 | (2,890) | $10.0935 | $ (29,170.22) |
| Purchases | 09/08/06 | 300 | $21.4907 | $ 6,447.21 | | | | | |
| Purchases | 09/11/06 | 400 | $21.5197 | $ 8,607.88 | | | | | |
| Purchases | 09/13/06 | 100 | $21.8000 | $ 2,180.00 | | | | | |
| Purchases | 09/15/06 | 200 | $22.0000 | $ 4,400.00 | | | | | |
| Purchases | 09/18/06 | 100 | $22.0000 | $ 2,200.00 | | | | | |
| Purchases | 09/29/06 | 260 | $21.9803 | $ 5,714.88 | | | | | |
| | | **8,760** | | **$ 189,783.34** | | | **(8,760)** | | **$ (92,302.43)** |
| | | | | | | | loss on class period sales | | **$ (97,480.91)** |
| Purchases | 09/29/06 | 1,240 | $21.9803 | $ 27,255.57 | **Sales | 05/29/07 | (1,600) | $10.2066 | $ (16,330.56) |
| Purchases | 11/28/06 | 690 | $22.6994 | $ 15,662.59 | **Sales | 05/30/07 | (500) | $9.9784 | $ (4,989.20) |
| Purchases | 12/01/06 | 40 | $22.4400 | $ 897.60 | **Sales | 05/31/07 | (3,040) | $9.8660 | $ (29,992.64) |
| Purchases | 12/07/06 | 1,140 | $23.2267 | $ 26,478.44 | | | | | |
| Purchases | 12/08/06 | 670 | $23.2810 | $ 15,598.27 | | | | | |
| Purchases | 02/28/07 | 670 | $21.4967 | $ 14,402.79 | | | | | |
| Purchases | 03/01/07 | 20 | $21.4799 | $ 429.60 | | | | | |
| Purchases | 03/05/07 | 670 | $21.4863 | $ 14,395.82 | | | | | |
| | | **5,140** | | **$ 115,120.67** | | | **(5,140)** | | **$ (51,312.40)** |
| | | | | | | | loss on post-class period sales | | **$ (63,808.27)** |
| | | | | | | | **Overall Loss** | | **$ (161,289.18)** |

**actual price used as it was higher than the average price from the end of the class period to the date of the sale