UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J. RODGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>Defendants. | Civil Action No. 07-CV-4108<br><br>ECF Filed |

(Captions continued on subsequent page)

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| BRIAN JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORP., J. RODGER MOYER, JR, J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>    Defendants. | Civil Action No. 07-CV-4652 |
| CASTLE STRATEGIC TRADING LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>J. RODGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>    Defendants. | Civil Action No. 07-CV-5594 |
| JEFFREY M. COOLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORP., J. RODGER MOYER, JR, J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>    Defendants. | Civil Action No. 07-CV-5671 |

I, Lawrence Silvestro, hereby certify that on Tuesday, July 24, 2007, I caused the following documents:

- Motion of the San Antonio Fire & Police Pension Fund and the Employees Retirement System of the City of St. Louis for (1) Appointment as Lead Plaintiffs; (2) Approval of their Selection of Counsel as Co-Lead Counsel for the Class; and (3) Consolidation of all related Actions;

- Memorandum of Law in Support of the Motion of the San Antonio Fire & Police Pension Fund and the Employees Retirement System of the City of St. Louis for (1) Appointment as Lead Plaintiffs; (2) Approval of their Selection of Counsel as Co-Lead Counsel for the Class; and (3) Consolidation of all related Actions;

- Declaration of Gerald H. Silk in Support of the Motion of the San Antonio Fire & Police Pension Fund and the Employees Retirement System of the City of St. Louis for (1) Appointment as Lead Plaintiffs; (2) Approval of their Selection of Counsel as Co-Lead Counsel for the Class; and (3) Consolidation of all related Actions;

- [Proposed] Order Appointing the San Antonio Fire & Police Pension Fund and the Employees Retirement System of the City of St. Louis for (1) Appointment as Lead Plaintiffs; (2) Approval of their Selection of Counsel as Co-Lead Counsel for the Class; and (3) Consolidation of all related Actions

to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

Lawrence Silvestro