UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, Individually and On Behalf of All Others Similarly Situated, : : : : Plaintiff, : : vs. : : J. ROGER MOYER, JR., et al., : : Defendants. : : | Civil Action No. 1:07-cv-04108-JGK<br><br>CLASS ACTION |
| BRIAN JOHNSON, Individually and On Behalf of All Others Similarly Situated, : : : : Plaintiff, : : vs. : : STERLING FINANCIAL CORP., et al., : : Defendants. : | Civil Action No. 1:07-cv-04652-JGK<br><br>CLASS ACTION |

[Caption continued on following page.]

DISTRICT NO. 9, I.A. OF M. & A.W. PENSION TRUST'S MOTION FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ──────────────────────── x | |
| CASTLE STRATEGIC TRADING, LLC, Individually and On Behalf of All Others Similarly Situated, | : Civil Action No. 1:07-cv-05594-JGK |
| : | |
| Plaintiff, | : CLASS ACTION |
| vs. | : |
| J. ROGER MOYER, JR., et al., | : |
| Defendants. | : |
| ──────────────────────── | : |
| JEFFREY M. COOLEY, Individually and On Behalf of All Others Similarly Situated, | : Civil Action No. 1:07-cv-05671-JGK |
| : | |
| Plaintiff, | : CLASS ACTION |
| vs. | : |
| STERLING FINANCIAL CORP., et al., | : |
| Defendants. | : |
| x | |

District No. 9, I.A. of M. & A.W. Pension Trust ("District No. 9"), hereby moves this Court for an Order: (1) consolidating the above-captioned related actions pursuant to Fed. R. Civ. P. 42; (2) appointing District No. 9 as Lead Plaintiff in the above-captioned actions pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4; (3) approving its selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, District No. 9 submits a Memorandum of Law, Declaration and a [Proposed] Order.

DATED: July 24, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)

s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Sterling Financial\NOT00043827-LP-NY.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 24, 2007.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:07-cv-04108-JGK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **C. William Phillips**
  courtclerksny@cov.com,dmulroy@cov.com,cphillips@cov.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **Ronen Sarraf**
  ronen@sarrafgentile.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`