UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEVE MACRINA, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-04108-JGK |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : | |
| J. ROGER MOYER, JR., et al., | : : : | |
| Defendants. | : : | |
| BRIAN JOHNSON, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-04652-JGK |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : | |
| STERLING FINANCIAL CORP., et al., | : : | |
| Defendants. | : : | |

[Caption continued on following page.]

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF DISTRICT NO. 9,
I.A. OF M. & A.W. PENSION TRUST'S MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF
LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| CASTLE STRATEGIC TRADING, LLC, Individually and On Behalf of All Others Similarly Situated,  :<br><br>Plaintiff,  :<br><br>vs.  :<br><br>J. ROGER MOYER, JR., et al.,  :<br><br>Defendants.  : | Civil Action No. 1:07-cv-05594-JGK<br><br><u>CLASS ACTION</u> |
| JEFFREY M. COOLEY, Individually and On Behalf of All Others Similarly Situated,  :<br><br>Plaintiff,  :<br><br>vs.  :<br><br>STERLING FINANCIAL CORP., et al.,  :<br><br>Defendants.  : | Civil Action No. 1:07-cv-05671-JGK<br><br><u>CLASS ACTION</u> |

I, David A. Rosenfeld, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New York and this Court. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  Sworn Certification;

Exhibit B:  Chart of Purchases and Losses;

Exhibit C:  Notice of Pendency of Class Action published on *Prime NewsWire*, a national business-oriented wire service, dated May 25, 2007; and

Exhibit D:  Lerach Coughlin Stoia Geller Rudman & Robbins LLP firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of July, 2007, at New York, New York.



s/ David A. Rosenfeld
DAVID A. ROSENFELD

S:\CasesSD\Sterling Financial\DEC00043830-LP-NY.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 24, 2007.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:07-cv-04108-JGK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **C. William Phillips**
  courtclerksny@cov.com,dmulroy@cov.com,cphillips@cov.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **Ronen Sarraf**
  ronen@sarrafgentile.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`