# EXHIBIT A

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

DISTRICT NO. 9, I.A. OF M. & A.W. PENSION TRUST ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint filed in this matter.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

*In re Alliance Gaming Corp. Sec. Litig.*, No. CV-S-04-0821-KJD-PAL (D. Nev.)
*Charatz v. Avaya, Inc., et al.*, No. 3:05-cv-02319-MLC-TJB (D. N.J.)
*In re RenaissanceRe Holdings, Ltd. Sec. Litig.*, No. 1:05-cv-06764-WHP (S.D.N.Y.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

*Keritsis v. Campbell, et al.*, No. 05-CV-1926 (S.D.N.Y.)

STERLING FINANCIAL

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11TH day of JULY, 2007.

> DISTRICT NO. 9, I.A. OF M. & A.W.
> PENSION TRUST
>
> By: _____
>
> Its: ADMINISTRATIVE MANAGER

## SCHEDULE A

## SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/06/2007 | 1,052 | $21.96 |
| 03/07/2007 | 2,600 | $22.03 |
| 03/08/2007 | 3,000 | $22.06 |
| 03/09/2007 | 500 | $22.09 |
| 03/12/2007 | 2,500 | $22.22 |
| 03/13/2007 | 2,200 | $21.67 |
| 03/14/2007 | 1,000 | $21.64 |
| 03/15/2007 | 700 | $21.99 |
| 03/16/2007 | 1,648 | $22.11 |

Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 03/30/2007 | 400 | $22.25 |
| 04/30/2007 | 3,000 | $17.93 |
| 05/01/2007 | 10,100 | $14.81 |
| 05/02/2007 | 1,700 | $16.19 |