UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEVE MACRINA, Individually and On Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:07-cv-04108-JGK <br> <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| J. ROGER MOYER, JR., et al., | : : : | |
| Defendants. | : : | |
| BRIAN JOHNSON, Individually and On Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:07-cv-04652-JGK <br> <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| STERLING FINANCIAL CORP., et al., | : : : | |
| Defendants. | : : x | |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING DISTRICT NO. 9, I.A. OF M. & A.W. PENSION TRUST'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | | |
|---|---|---|
| CASTLE STRATEGIC TRADING, LLC, Individually and On Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:07-cv-05594-JGK <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| vs. | : : | |
| J. ROGER MOYER, JR., et al., | : : | |
| Defendants. | : | |
| JEFFREY M. COOLEY, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-05671-JGK <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| vs. | : : | |
| STERLING FINANCIAL CORP., et al., | : : | |
| Defendants. | : | |

Having considered the District No. 9, I.A. of M. & A.W. Pension Trust's ("District No. 9") Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court orders as follows:

1. The Motion is GRANTED.

2. The above-referenced actions are consolidated pursuant to Fed. R. Civ. P. 42;

3. District No. 9 is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4. District No. 9's selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____

THE HONORABLE JOHN G. KOETL
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Sterling Financial\ORD00043834-LP-NY.doc