UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| STEVE MACRINA, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:07-cv-04108-JGK |
| Plaintiff, : | |
| - against - : | CORPORATE DISCLOSURE STATEMENT |
| J. ROGER MOYER JR., THOMAS DAUTRICH, : GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A., : | ECF CASE |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Sterling Financial Corporation, Bank of Lancaster County, N.A., and Equipment Finance LLC,  submit the following statement:

Equipment Finance LLC, is a wholly owned subsidiary of BLC Bank, N.A., formerly Bank of Lancaster County, N.A.  BLC Bank, N.A. is a wholly owned subsidiary of Sterling Financial Corporation.  Sterling Financial Corporation is publicly traded on the NASDAQ.  No publicly traded company owns ten percent or more of Sterling Financial Corporation's stock.

Dated: New York, New York
       August 3, 2007

COVINGTON & BURLING LLP

By:    s/ C. William Phillips
       C. William Phillips

       620 Eighth Avenue
       New York, New York  10018
       (212) 841-1000

       *Attorneys for Defendants*