
**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
   email:   pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
   email:   lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

[Proposed] Lead Counsel for Lead Plaintiffs and Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE MACRINA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>vs.<br><br>J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, BANK OF LANCASTER, N.A.<br><br>                Defendants.<br><br>*[Caption Continues]* | ECF CASE<br>Case No.: 1:07cv04108 (JGK)<br><br>**RESPONSE OF THE STERLING INVESTOR GROUP TO THE COMPETING MOTIONS TO:  (1) CONSOLIDATE RELATE ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL** |

| | |
|---|---|
| BRIAN JOHNSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiff,<br><br> vs.<br><br>STERLING FINANCIAL CORPORATION, et al.<br><br>     Defendants. | Case No.: 1:07cv04652 (JGK) |
| CASTLE STRATEGIC TRADING, INC., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiff,<br><br> vs.<br><br>J. ROGER MOYER, JR., et al.<br><br>     Defendants. | Case No.:  1:07cv05594 (JGK) |
| JEFFREY M. COOLEY , INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiff,<br><br> vs.<br><br>J. ROGER MOYER, JR., et al.<br><br>     Defendants. | Case No.:  1:07cv05671 (JGK) |

**RESPONSE OF THE STERLING INVESTOR GROUP TO THE COMPETING MOTIONS TO: (1) CONSOLIDATE RELATE ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL**

On July 24, 2007 Plaintiffs Financial Securities Company, a Pennsylvania Partnership, and Mr. and Mrs. Ronald L. Good, (the "Sterling Investor Group") moved this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), for an entry of an Order: appointing the Sterling Investor Group as Lead Plaintiffs; approving its selection of counsel; and consolidating all related actions pursuant to Fed. R. Civ. P. 42(a).

Based upon review of the competing motions, the Sterling Investor Group does not appear have the largest financial stake in the relief sought by the class as compared to other competing movants. However, should the Court determine that the competing movants lack standing, are inadequate, or have any other insurmountable deficiency or conflict, the Sterling Investor Group stands ready, willing and able to serve as Lead Plaintiffs. This response shall have no effect on the members of the Sterling Investor Group's rights as a member of the proposed class, including but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

Dated: August 6, 2007

                     /s/ Phillip Kim
                 Phillip Kim, Esq. (PK 9384)
                 Laurence M. Rosen, Esq. (LR 5733)
                 **THE ROSEN LAW FIRM, P.A.**

                 Counsel for the Sterling Investor Group

**CERTIFICATE OF SERVICE**

I hereby certify that on this on the 6th day of August, 2007, a true and correct copy of the foregoing **RESPONSE OF THE STERLING INVESTOR GROUP TO THE COMPETING MOTIONS: (1) TO CONSOLIDATE THE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD PLAINTIFFS' SELECTION OF COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim