UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEVE MACRINA, Individually and On Behalf of All Others Similarly Situated, | : : : : : | Civil Action No. 1:07-cv-04108-JGK <br><br> CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| J. ROGER MOYER, JR., et al., | : : : | |
| Defendants. | : : | |
| BRIAN JOHNSON, Individually and On Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:07-cv-04652-JGK <br><br> CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| STERLING FINANCIAL CORP., et al., | : : : | |
| Defendants. | : : | |

[Caption continued on following page.]

DISTRICT NO. 9, I.A. OF M. & A.W. PENSION TRUST'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| CASTLE STRATEGIC TRADING, LLC, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> J. ROGER MOYER, JR., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-05594-JGK <br><br> CLASS ACTION |
| JEFFREY M. COOLEY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> STERLING FINANCIAL CORP., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-05671-JGK <br><br> CLASS ACTION |

District No. 9, I.A. of M. & A.W. Pension Trust ("District No. 9") respectfully submits this memorandum of law in further support of its Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel. Based upon a review of the submissions by other lead plaintiff applicants, it appears that District No. 9 does not have the largest financial interest in the relief sought in this case. District No. 9, however, remains ready, willing and able to serve as Lead Plaintiff should it be determined that for any reason, the movants with larger losses than District No. 9 are inadequate, atypical or procedurally barred from leading this litigation on behalf of the class.

DATED:  August 7, 2007

Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)


    s/DAVID A. ROSENFELD
    DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Sterling Financial\BRF00044372-NY.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2007.

s/DAVID A. ROSENFELD
DAVID A. ROSENFELD

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:DavidR@lerachlaw.com

# Mailing Information for a Case 1:07-cv-04108-JGK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jason Robert D'Agnenica**
  jasondag@ssbny.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **C. William Phillips**
  courtclerksny@cov.com,dmulroy@cov.com,cphillips@cov.com

- **Ira M. Press**
  ipress@kmslaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **David Avi Rosenfeld**
  drosenfeld@lerachlaw.com,e_file_ny@lerachlaw.com,amartin@lerachlaw.com

- **Ronen Sarraf**
  ronen@sarrafgentile.com

- **Gerald Harlan Silk**
  jerry@blbglaw.com

- **Catherine A. Torell**
  ctorell@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`