UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>J. RODGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>   Defendants. | Civil Action No. 07-CV-4108<br><br>ECF Filed |

(Captions continued on subsequent page)

**RESPONSE OF THE SAN ANTONIO FIRE & POLICE PENSION FUND AND
THE EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS TO
<u>MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFFS</u>**

| | |
|---|---|
| BRIAN JOHNSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORP., J. RODGER MOYER, JR, J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>      Defendants. | Civil Action No. 07-CV-4652 |
| CASTLE STRATEGIC TRADING LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>J. RODGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>      Defendants. | Civil Action No. 07-CV-5594 |
| JEFFREY M. COOLEY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORP., J. RODGER MOYER, JR, J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>      Defendants. | Civil Action No. 07-CV-5671 |

The San Antonio Fire & Police Pension Fund ("San Antonio") and the Employees Retirement System of the City of St. Louis ("St. Louis") respectfully submit this response to the pending motions concerning the appointment of Lead Plaintiffs in these actions. We have reviewed the submissions of the other movants seeking appointment as Lead Plaintiffs. Based on our review, it appears that the Public Employees Retirement System of New Mexico and the New Mexico Educational Retirement Board (the "New Mexico Funds") assert the largest financial interest in this action of any movant herein. Of the remaining movants, San Antonio and St. Louis assert the largest financial interest in this action, second only to the New Mexico Funds. Should the Court decline to appoint the New Mexico Funds as Lead Plaintiffs for any reason, San Antonio and St. Louis respectfully submit that the court should appoint San Antonio and St. Louis as Lead Plaintiffs by virtue of their financial interest in this action and otherwise grant their motion.

Dated: August 7, 2007

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Gerald H. Silk
Gerald H. Silk (GS-4565)
Noam Mandel (NM-0203)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
(212) 554-1400

Counsel for the Fire & Police Pension Fund, San Antonio, and Proposed Co-Lead Counsel for the Class

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

Glen DeValerio
Leslie R. Stern
One Liberty Square
Boston, MA 02109
(617) 542-8300

Counsel for the Employees Retirement System of the City of St. Louis and Proposed Co-Lead Counsel for the Class

2