STULL, STULL & BRODY
Jules Brody
Aaron Brody
Jason D'Agnenica
6 East 45th Street
New York, NY 10017

*Counsel for Movant Castle Trading, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) |
| J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC and BANK OF LANCASTER, N.A., | ) ) ) ) |
| Defendants. | ) ) |

07 CV 4108 (JGK)

Class Action

ECF CASE

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned counsel, Jules Brody of Stull, Stull & Brody, 6 East 45th Street, New York, NY 10017, hereby enters its appearance as counsel on behalf of movant Castle Strategic Trading, LLC in the above-captioned action.

Respectfully submitted,

By: s/ Jules Brody
Jules Brody (JB-9151)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
Email: jbrody@ssbny.com

*Counsel for Movant Castle Strategic Trading, LLC*

Dated: August 8, 2007

**CERTIFICATION OF SERVICE**

      I, Jason D'Agnenica, hereby certify that a true and correct copy of the foregoing Notice of Appearance has been filed electronically, this 8th day of August 2007, and is available for viewing and downloading from the federal court's ECF system. A copy of the foregoing has been served on counsel of record via the ECF system.

Dated: August 8, 2007

                                                s/<u>Jason D'Agnenica</u>
                                                Jason D'Agnenica
                                                STULL, STULL & BRODY
                                                6 East 45th Street
                                                New York, NY 10017
                                                Tel: (212) 687-7230
                                                Fax: (212) 490-2022