# Attachment B

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-08141-JES

| | |
|---|---|
| IN RE American International Group, Inc Securities Litigation | Date Filed: 10/15/2004 |
| Assigned to: Judge John E. Sprizzo | Jury Demand: Both |
| Member case: (View Member Case) | Nature of Suit: 850 Securities/Commodities |
| Related Cases: 1:04-cv-08226-JES | Jurisdiction: Federal Question |
|     1:04-cv-08366-JES | |
|     1:04-cv-08336-JES | |
|     1:04-cv-08339-JES | |
|     1:04-cv-08579-JES | |
|     1:04-cv-08642-JES | |
|     1:04-cv-09387-JES | |
|     1:04-cv-08292-JES | |
|     1:04-cv-09615-JES | |
|     1:05-cv-07886-JES | |
|     1:05-cv-05121-JES | |
|     1:05-cv-04221-JES | |
|     1:05-cv-04257-JES | |
|     1:05-cv-04142-JES | |
|     1:05-cv-05072-JES | |
|     1:05-cv-04266-JES | |
|     1:05-cv-06894-JES | |

Cause: 15:77 Securities Fraud

**Lead Plaintiff**

| | | |
|---|---|---|
| **Ohio State Funds** | represented by | **Louis Gottlieb** |
| | | Labaton Rudoff & Sucharow LLP |
| | | 100 Park Avenue |
| | | 12th Floor |
| | | New York, NY 10017 |
| | | (212) 907-0872 |
| | | Fax: (212) 883-7072 |
| | | Email: lgottlieb@labaton.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Thomas A. Dubbs** |
| | | Labaton Rudoff & Sucharow LLP |
| | | 100 Park Avenue |
| | | 12th Floor |
| | | New York, NY 10017 |
| | | 212-907-0700 |
| | | Fax: 212-818-0477 |
| | | Email: tdubbs@labaton.com |
| | | *LEAD ATTORNEY* |

        *ATTORNEY TO BE NOTICED*

        **Christopher J. Keller**
Labaton Rudoff & Sucharow LLP
100 Park Avenue
12th Floor
New York, NY 10017
(212) 907-0853
Fax: (212) 883-7053
Email: ckeller@labaton.com
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**ll Ohio Public Employees Retirement System**   represented by   **Edward Labaton**
Labaton Rudoff & Sucharow LLP
100 Park Avenue
12th Floor
New York, NY 10017
212-907-0850
Fax: 212-883-0750
Email: elabaton@labaton.com
*ATTORNEY TO BE NOTICED*

**Louis Gottlieb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas A. Dubbs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary Myles Ratzman**
Labaton Rudoff & Sucharow LLP
100 Park Avenue
12th Floor
New York, NY 10017
212-907-0881
Fax: 212-818-0477
Email: zratzman@labaton.com
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Public Employees Retirement Association of New Mexico**

**Plaintiff**

**Michael Feder**   represented by   **Louis Gottlieb**
*on behalf of himself and all others similarly situated*   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Howard Rudman**