# Attachment D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
IN RE AMERICAN INTERNATIONAL : *SPRIZZO J*
GROUP, INC. SECURITIES LITIGATION : Master File No. 04-CV-
: 8141(JES)(AJP)
:
This Documents Relates To: : Jury Trial Demand
All Actions :
:
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/05

[PROPOSED] ORDER FOR DECLARING THE OHIO FUNDS AS LEAD PLAINTIFF OF THE
ENTIRE CONSOLIDATED CLASS ACTION OR, IN THE ALTERNATIVE, MOTION FOR
THE APPOINTMENT OF THE OHIO FUNDS AND NEW MEXICO AS CO-LEAD PLAINTIFFS
FOR THE "NEW" CLAIMS AGAINST AIG AND RELATED DEFENDANTS

**Returned** to chambers for scanning on 7/26/05.
**Scanned** by chambers on _____.

Upon consideration of the motion of the Ohio Public Employees Retirement System, the State Teachers Retirement System of Ohio (the "Ohio Funds") and the Public Employees Retirement Association of New Mexico ("New Mexico") for declaring the Ohio Funds as Lead Plaintiff of the entire Consolidated Class Action, or in the alternative, the appointment of the Ohio Funds and New Mexico as Co-Lead Plaintiffs for the "new" claims and approval of their selection of Goodkind Labaton Rudoff & Sucharow LLP as Lead Counsel, the Memorandum of Law in support thereof, and the Declaration of Thomas A. Dubbs in support thereof, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Ohio Funds are appointed, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as Lead Plaintiff for all claims in this consolidated case.

3. [In the alternative, the Ohio Funds and New Mexico are appointed as co-lead Plaintiffs for any class dealing with "reinsurance" issues as alleged in the San Francisco complaint and their selection of Goodkind Labaton Rudoff & Sucharow LLP as lead counsel of the Ohio Funds and New Mexico is APPROVED.]

This ___ day of _____, 2005.

Judge John E. Sprizzo
United States District Judge

vl
[7/15/2005 15:37]