**CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2007, the foregoing document was filed with the Clerk of the Court and served upon all parties of record via ECF in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

| | |
|---|---|
| Dated: August 9, 2007 | s/ Jason D'Agnenica |
| | Jason D'Agnenica (JD-9340) |
| | Stull, Stull & Brody |
| | 6 East 45th Street |
| | New York, New York 10017 |
| | Tel. (212) 687-7230 |

1