UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, on behalf of himself and all others similarly situated,<br><br>v.<br><br>EQUIPMENT FINANCE, LLC, et al., | Docket No. 1:07-cv-04108-JGK |
| BRIAN JOHNSON, on behalf of himself and all others similarly situated,<br><br>v.<br><br>STERLING FINANCIAL CORPORATION, et al., | Docket No. 1:07-cv-04652-JGK |
| CASTLE STRATEGIC TRADING, INC., on behalf of itself and all others similarly situated,<br><br>v.<br><br>EQUIPMENT FINANCE, LLC, et al., | Docket No. 1:070-cv-05594-JGK |
| JEFFREY M. COOLEY, on behalf of himself and all others similarly situated,<br><br>v.<br><br>STERLING FINANCIAL CORPORATION, et al., | Docket No. 1:07-cv-05671-JGK |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, the address for the undersigned counsel for Lead Plaintiff Movants Paul A. Miller and Regina A Miller has changed. The new address and contact information is:

SARRAF GENTILE LLP
11 Hanover Square
New York, NY 10005
Tel: 212-868-3610
Fax: 212-918-7967

Dated: August 13, 2007                    Respectfully submitted,

**SARRAF GENTILE LLP**

 /s/ Ronen Sarraf
Ronen Sarraf (RS-7694)
11 Hanover Square
New York, NY 10005
Tel: 212-868-3610
Fax: 212-918-7967

## Certificate of Service

I hereby certify that on August 13, 2007, a true and correct copy of the foregoing Notice of Change of Address was filed using the Court's ECF system which will send notification of such filing to all counsel of record.

    /s/ Ronen Sarraf