UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC and BANK OF LANCASTER, N.A.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 07cv4108 (JGK)<br>)<br>)　<u>CLASS ACTION</u><br>)<br>)　ECF CASE<br>)<br>)<br>)<br>)<br>)<br>) |

[Additional Captions Below]

**DECLARATION OF HOWARD T. LONGMAN IN SUPPORT OF REPLY
MEMORANDUM OF LAW IN RESPONSE TO OPPOSITIONS OF KENNETH
A. SMITH AND THE PUBLIC EMPLOYEES RETIREMENT ASSOCIATION
OF NEW MEXICO AND IN SUPPORT OF THE MOTION
OF CASTLE STRATEGIC TRADING, INC. TO BE APPOINTED LEAD
<u>PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| BRIAN JOHNSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>　　　　　　　　　Defendants. | Civil Action No. 07cv4652 (JGK) |
| CASTLE STRATEGIC TRADING, INC., Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC and BANK OF LANCASTER, N.A.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 07cv5594 (JGK) |
| JEFFREY M. COOLEY, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>　　　　　　　　　Defendants. | Civil Action No. 07cv5671 (JGK) |

I, Howard T. Longman, hereby declare:

1. I am a senior attorney at the law firm of Stull, Stull & Brody. I submit this Declaration in support of Reply Memorandum of Law in Response to Oppositions of Kenneth A. Smith and the Public Employees Retirement Association of New Mexico and In Support of the Motion of Castle Strategic Trading, Inc. To Be Appointed Lead Plaintiff and For Approval of Its Selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the data compiled by Securities Class Action Services ("SCAS"), the "SCAS 50," for the years 2003 through 2006, each ranking the top fifty law firms in the securities class action field by the total dollar amount of final securities class action settlements entitled for that year.

Signed under penalties of perjury this 16th day of August 2007.


                                                                s/ Howard T. Longman
                                                                  Howard T. Longman

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2007, the foregoing document was filed with the Clerk of the Court and served upon all parties of record via ECF in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service:

Dated: August 16, 2007                                 s/ Howard T. Longman
                                                                         Howard T. Longman (HL-2489)
                                                                         Stull, Stull & Brody
                                                                         6 East 45th Street
                                                                         New York, New York 10017