# Exhibit A

Case 1:07-cv-04108-JGK    Document 41-2    Filed 08/16/2007    Page 1 of 13





# The SCAS 50 for 2003

**S**ecurities Class Action Services (SCAS), a wholly-owned subsidiary of Institutional Shareholder Services that maintains the leading database on securities class action litigation, is pleased to present the "SCAS 50" for the year 2003. The SCAS 50 lists the top 50 plaintiffs' law firms ranked by the total dollar amount of final securities class action settlements occurring in 2003 in which the law firm served as lead or co-lead counsel.

| RANK | LAW FIRM | SETTLEMENT TOTAL | # of SETTLEMENTS | AVERAGE |
|---|---|---|---|---|
| 1 | Milberg Weiss Bershad Hynes & Lerach | $2,111,824,250 | 65 | $32,489,604 |
| 2 | Bernstein Litowitz Berger & Grossmann | $950,250,000 | 9 | $105,583,333 |
| 3 | Grant & Eisenhofer | $610,500,000 | 3 | $203,500,000 |
| 4 | Goodkind Labaton Rudoff & Sucharow | $551,000,000 | 3 | $183,666,667 |
| 5 | Barrack, Rodos & Bacine | $390,150,000 | 5 | $78,030,000 |
| 6 | Entwistle & Cappucci | $310,750,000 | 3 | $103,583,333 |
| 7 | Chitwood & Harley | $303,250,000 | 3 | $101,083,333 |
| 8 | Berger & Montague | $272,343,000 | 14 | $19,453,071 |
| 9 | Wolf Haldenstein Alder Freeman & Herz | $218,876,000 | 8 | $24,852,889 |
| 10 | Wolf Popper | $209,300,000 | 6 | $34,883,333 |
| 11 | Stull Stull Brody | $199,651,000 | 13 | $15,357,769 |
| 12 | Schiffrin & Barroway | $170,460,000 | 9 | $18,940,000 |
| 13 | Waite, Schneider, Bayless & Chesley | $140,000,000 | 2 | $70,000,000 |
| 14 | Berman DeValerio Pease Tabacco Burt & Pucillo | $103,084,000 | 11 | $9,371,273 |
| 15 | Scott & Scott | $87,800,000 | 2 | $43,900,000 |
| 16 | Chimicles & Tikellis | $83,000,000 | 1 | $83,000,000 |
| 17 | Garwin Bronzaft Gerstein & Fisher | $77,500,000 | 1 | $77,500,000 |
| 18 | Kirby McInerney & Squire | $77,335,000 | 9 | $8,592,778 |
| 19 | Finkelstein & Krinsk | $66,710,000 | 4 | $16,677,500 |
| 20 | Wechsler Harwood LLP | $64,750,000 | 5 | $12,950,000 |
| 21 | Pomerantz Haudek Block Grossman & Gross | $62,775,000 | 7 | $8,967,857 |
| 22 | Schatz & Nobel | $56,525,000 | 4 | $14,131,250 |
| 23 | Bernstein Liebhard & Lifshitz | $44,800,000 | 8 | $5,600,000 |
| 24 | Weiss & Yourman | $43,995,000 | 11 | $3,999,545 |
| 25 | Kaplan Fox | $40,150,000 | 5 | $8,030,000 |
| 26 | Zwerling Schachter & Zwerling | $40,000,000 | 1 | $40,000,000 |
| 27 | Abbey Gardy | $39,358,000 | 5 | $7,871,600 |
| 28 | Shalov Stone & Bonner | $35,940,000 | 2 | $17,970,000 |

| 29 | Strauss & Troy | **$30,000,000** | 1 | $30,000,000 |
|----|----|----|----|----|
| 30 | Anderson & Karrenberg | **$29,950,000** | 1 | $29,950,000 |
| 31 | Hulett Harper Stewart | **$29,950,000** | 1 | $29,950,000 |
| 32 | Stanley Mandel & Iola | **$29,950,000** | 2 | $14,975,000 |
| 33 | Lowey Dannenberg Bemporad & Selinger | **$28,791,767** | 3 | $9,597,256 |
| 34 | Spector Roseman & Kodroff | **$27,983,000** | 2 | $13,991,500 |
| 35 | Chestnut & Cambronne | **$25,650,000** | 2 | $12,825,000 |
| 36 | Cauley Geller | **$25,275,000** | 6 | $4,212,500 |
| 37 | Gold Bennett Cera & Sidener LLP | **$25,000,000** | 1 | $25,000,000 |
| 38 | Glancy & Binkow | **$22,725,000** | 5 | $4,545,000 |
| 39 | Shapiro Professional Association | **$20,000,000** | 1 | $20,000,000 |
| 40 | Law Offices of Bernard M. Gross | **$15,900,000** | 2 | $7,950,000 |
| 41 | Gilman & Pastor | **$13,840,000** | 2 | $6,920,000 |
| 42 | Miller Shea P.C. | **$12,680,000** | 1 | $12,680,000 |
| 43 | Sirota & Sirota | **$12,500,000** | 2 | $6,250,000 |
| 44 | Heins Mills & Olson PLC | **$12,450,000** | 1 | $12,450,000 |
| 45 | Mansfield & Tanick | **$12,450,000** | 1 | $12,450,000 |
| 46 | Johnson & Perkinson | **$12,026,000** | 1 | $12,026,000 |
| 47 | Cohen Milstein Hausfeld & Toll | **$11,193,000** | 3 | $3,731,000 |
| 48 | Klafter & Olsen LLP | **$11,100,000** | 1 | $11,100,000 |
| 49 | Abraham, Fruchter & Twersky | **$10,500,000** | 1 | $10,500,000 |
| 50 | Dyer & Shuman | **$9,850,000** | 1 | $9,850,000 |

## Snapshot: Average Settlement Amount

The top 5 law firms in terms of highest average settlement amount (minimum of five settlements) are as follows below:

| RANK | SCAS 50 RANK | LAW FIRM | SETTLEMENT TOTAL | # of SETTLEMENTS | AVERAGE |
|----|----|----|----|----|----|
| 1 | 2 | Bernstein Litowitz Berger & Grossmann | $950,250,000 | 9 | $105,583,333 |
| 2 | 5 | Barrack, Rodos & Bacine | $390,150,000 | 5 | $78,030,000 |
| 3 | 10 | Wolf Popper | $209,300,000 | 6 | $34,883,333 |
| 4 | 1 | Milberg Weiss Bershad Hynes & Lerach | $2,111,824,250 | 65 | $32,489,604 |
| 5 | 9 | Wolf Haldenstein Alder Freeman & Herz | $218,876,000 | 8 | $24,852,889 |

**Snapshot: Number of Settlements**

The top 5 law firms ranked by total number of final settlements are as follows:

| RANK | SCAS 50 RANK | LAW FIRM | SETTLEMENT TOTAL | # of SETTLEMENTS | AVERAGE |
|---|---|---|---|---|---|
| 1 | 1 | Milberg Weiss Bershad Hynes & Lerach | $2,111,824,250 | 65 | $32,489,604 |
| 2 | 8 | Berger & Montague | $272,343,000 | 14 | $19,453,071 |
| 3 | 11 | Stull Stull Brody | $199,651,000 | 13 | $15,357,769 |
| 4 | 14 | Berman DeValerio Pease Tabacco Burt & Pucillo | $103,084,000 | 11 | $9,371,273 |
| 5 | 24 | Weiss & Yourman | $43,995,000 | 11 | $3,999,545 |

**Methodology**
We created the SCAS 50 using data from the SCAS database, which tracks, among many other things, federal and state shareholder class actions. We also contacted each law firm to seek confirmation of the settlement data pertaining to that firm. The SCAS 50 does not include data on ERISA or derivative lawsuits.

The SCAS 50 reflects only those final settlements that resulted in the creation of a settlement fund on behalf of shareholders. Cases which resulted in no settlement fund being created, but instead had only non-monetary settlement terms (such as corporate governance changes, changes in the terms of a merger, etc.) are not included. Further information on such settlements can be found in the SCAS database.

The SCAS 50 credits law firms that served as lead or co-lead counsel in a case with the entire settlement fund, regardless of how many other firms served as lead or co-lead counsel in the case. Thus, for a settlement of $1,000,000 dollars where there were two lead counsel, the SCAS 50 credits both law firms with a $1,000,000 settlement rather than dividing the settlement fund in half. For purposes of this report, law firms are considered to be lead or co-lead counsel if they are identified as such in the notice of settlement distributed to shareholders.

**Terminology**
SETTLEMENT TOTAL is the total dollar value of all final settlements occurring in 2003 in which the law firm served as lead or co-lead counsel, and where a settlement fund resulted.
# of SETTLEMENTS is the total number of final settlements occurring in 2003 in which the law firm served as lead or co-lead counsel, and where a settlement fund resulted.
AVERAGE is the SETTLEMENT TOTAL divided by the # of SETTLEMENTS.

For further information, please contact Bruce Carton, Executive Director of ISS's Securities Class Action Services, at (301) 556-0382 or via email at mailto:scas@issproxy.com.





# The SCAS 50 for 2004

**S**ecurities Class Action Services (SCAS), a wholly-owned subsidiary of Institutional Shareholder Services that maintains the leading database on securities class action litigation, is pleased to present the "SCAS 50" for the year 2004. The SCAS 50 lists the top 50 plaintiffs' law firms ranked by the total dollar amount of final securities class action settlements occurring in 2004 in which the law firm served as lead or co-lead counsel.

| RANK | LAW FIRM | SETTLEMENT TOTAL | # OF SETTLEMENTS | AVERAGE |
|---|---|---|---|---|
| 1 | Bernstein Litowitz Berger & Grossmann | $3,466,135,000 | 12 | $288,844,583 |
| 2 | Barrack, Rodos & Bacine | $2,888,000,000 | 4 | $722,000,000 |
| 3 | Milberg Weiss Bershad & Schulman | $900,202,500 | 43 | $20,934,942 |
| 4 | Chitwood & Harley | $583,190,000 | 8 | $72,898,750 |
| 5 | Berman DeValerio Pease Tabacco Burt & Pucillo | $578,550,000 | 10 | $57,855,000 |
| 6 | Grant & Eisenhofer | $568,500,000 | 3 | $189,500,000 |
| 7 | Stull, Stull & Brody | $536,237,000 | 11 | $48,748,818 |
| 8 | Abbey Gardy | $525,250,000 | 9 | $58,361,111 |
| 9 | Green Schaff & Jacobson | $490,000,000 | 1 | $490,000,000 |
| 10 | Entwistle & Capucci | $300,000,000 | 1 | $300,000,000 |
| 11 | Lerach Coughlin Stoia Geller Rudman & Robbins | $298,250,000 | 14 | $21,303,571 |
| 12 | Schiffrin & Barroway | $250,762,500 | 21 | $11,941,071 |
| 13 | Shalov Stone & Bonner | $147,555,000 | 5 | $29,511,000 |
| 14 | Cauley Bowman Carney & Williams | $119,000,000 | 2 | $59,500,000 |
| 15 | Berger & Montague | $91,501,717 | 13 | $7,038,594 |
| 16 | Girard Gibbs & De Bartolomeo | $84,850,000 | 1 | $84,850,000 |
| 17 | Johnson & Perkinson | $84,850,000 | 1 | $84,850,000 |
| 18 | Wechsler Harwood | $83,200,000 | 4 | $20,800,000 |
| 19 | Schwartz, Junell, Greenberg & Oathout | $65,000,000 | 1 | $65,000,000 |
| 20 | Schoengold Sporn Laitman & Lometti | $43,824,500 | 3 | $14,608,167 |
| 21 | Scott & Scott | $40,190,000 | 1 | $40,190,000 |
| 22 | Gold Bennett Cera & Sidener | $39,650,000 | 3 | $13,216,667 |
| 23 | Kirby, McInerney & Squire | $38,550,000 | 3 | $12,850,000 |
| 24 | Bernstein Liebhard & Lifshitz | $37,175,000 | 5 | $7,435,000 |
| 25 | Hagens Berman | $35,485,000 | 2 | $17,742,500 |
| 26 | Weiss & Yourman | $34,917,500 | 8 | $4,364,688 |
| 27 | Thelen Reid & Priest | $32,000,000 | 1 | $32,000,000 |
| 28 | Pomerantz Haudek Block Grossman & Gross | $30,475,000 | 3 | $10,158,333 |
| 29 | Cauley Geller Bowman & Rudman | $30,000,000 | 2 | $15,000,000 |
| 30 | Kaplan Fox & Kilsheimer | $27,455,000 | 4 | $6,863,750 |
| 31 | Glancy Binkow & Goldberg | $26,300,000 | 3 | $8,766,667 |
| 32 | Rabin, Murray & Frank | $23,225,000 | 3 | $7,741,667 |
| 33 | Law Offices of Bernard M. Gross | $20,000,000 | 2 | $10,000,000 |
| 34 | Klafter & Olsen | $19,750,000 | 2 | $9,875,000 |
| 35 | Wolf Haldenstein Adler Freeman & Herz | $15,125,000 | 3 | $5,041,667 |
| 36 | Schatz & Nobel | $8,792,500 | 2 | $4,396,250 |
| 37 | Law Offices of George Donaldson | $8,350,000 | 1 | $8,350,000 |

| | | | | |
|---|---|---|---|---|
| 38 | Chimicles & Tikellis | **$6,250,000** | 1 | $6,250,000 |
| 39 | Goodkind Labaton Rudoff & Sucharow | **$6,250,000** | 1 | $6,250,000 |
| 40 | Lowey Dannenberg Bemporad & Selinger | **$6,203,750** | 2 | $3,101,875 |
| 41 | Cohen, Milstein, Hausfeld & Toll | **$3,500,000** | 1 | $3,500,000 |
| 42 | Gambrell & Stolz | **$3,000,000** | 1 | $3,000,000 |
| 43 | Lasky & Rifkind | **$3,000,000** | 2 | $1,500,000 |
| 44 | Rosenthal, Monhait, Gross & Goddess | **$2,873,947** | 3 | $957,982 |
| 45 | Lockridge Grindal Nauen | **$2,675,000** | 2 | $1,337,500 |
| 46 | J. Bruce Miller Law Group | **$2,650,000** | 1 | $2,650,000 |
| 47 | Sales, Tillman & Wallbaum | **$2,650,000** | 1 | $2,650,000 |
| 48 | Geller Rudman | **$2,544,500** | 2 | $1,272,250 |
| 49 | Cotchett, Pitre, Simon & McCarthy | **$2,500,000** | 1 | $2,500,000 |
| 50 | Dyer & Shuman | **$2,500,000** | 2 | $1,250,000 |

## Snapshot: Average Settlement Amount

The top 5 law firms ranked by highest average settlement amount (minimum of five settlements) are as follows:

| RANK | SCAS 50 RANK | LAW FIRM | SETTLEMENT TOTAL | # of SETTLEMENTS | AVERAGE |
|---|---|---|---|---|---|
| 1 | 1 | Bernstein Litowitz Berger & Grossmann | $3,466,135,000 | 12 | **$288,844,583** |
| 2 | 4 | Chitwood & Harley | $583,190,000 | 8 | **$72,898,750** |
| 3 | 8 | Abbey Gardy | $525,250,000 | 9 | **$58,361,111** |
| 4 | 5 | Berman DeValerio Pease Tabacco Burt & Pucillo | $578,550,000 | 10 | **$57,855,000** |
| 5 | 7 | Stull, Stull & Brody | $536,237,000 | 11 | **$48,748,818** |

## Snapshot: Number of Settlements

The top 5 law firms ranked by total number of final settlements are as follows:

| RANK | SCAS 50 RANK | LAW FIRM | SETTLEMENT TOTAL | # of SETTLEMENTS | AVERAGE |
|---|---|---|---|---|---|
| 1 | 3 | Milberg Weiss Bershad & Schulman | $900,202,500 | **43** | $20,934,942 |
| 2 | 12 | Schiffrin & Barroway | $250,762,500 | **21** | $11,941,071 |
| 3 | 11 | Lerach Coughlin Stoia Geller Rudman & Robbins | $298,250,000 | **14** | $21,303,571 |
| 4 | 15 | Berger & Montague | $91,501,717 | **13** | $7,038,594 |
| 5 | 1 | Bernstein Litowitz Berger & Grossmann | $3,466,135,000 | 12 | $288,844,583 |

**Methodology**
We created the SCAS 50 using data from the SCAS database, which tracks, among many other things, federal and state shareholder class actions. We also contacted each law firm to seek confirmation of the settlement data pertaining to that firm. The SCAS 50 does not include data on ERISA or derivative lawsuits.

The SCAS 50 reflects only those final settlements that resulted in the creation of a settlement fund on behalf of shareholders. Cases which resulted in no settlement fund being created, but instead had only non-monetary settlement terms (such as corporate governance changes, changes in the terms of a merger, etc.) are not included. Further information on such settlements can be found in the SCAS database.

The SCAS 50 credits law firms that served as lead or co-lead counsel in a case with the entire settlement fund, regardless of how many other firms served as lead or co-lead counsel in the case. Thus, for a settlement of $1,000,000 dollars where there were two lead counsel, the SCAS 50 credits both law firms with a $1,000,000 settlement rather than dividing the settlement fund in half. For purposes of this report, law firms are considered to be lead or co-lead counsel if they are identified as such in the notice of settlement distributed to shareholders.

**Terminology**

SETTLEMENT TOTAL is the total dollar value of all final settlements occurring in 2004 in which the law firm served as lead or co-lead counsel, and where a settlement fund resulted.

# of SETTLEMENTS is the total number of final settlements occurring in 2004 in which the law firm served as lead or co-lead counsel, and where a settlement fund resulted.

AVERAGE is the SETTLEMENT TOTAL divided by the # of SETTLEMENTS.


For further information, please contact Bruce Carton, Vice President of ISS' Securities Class Action Services, at (301) 556-0382 or via email at [scas@issproxy.com](mailto:scas@issproxy.com).





# The SCAS 50 for 2005

**S**ecurities **Class Action Services** (SCAS), a wholly-owned subsidiary of Institutional Shareholder Services that maintains the leading database on securities class action litigation, is pleased to present the "SCAS 50" for the year 2005. The SCAS 50 lists the top 50 plaintiffs' law firms ranked by the total dollar amount of final securities class action settlements occurring in 2005 in which the law firm served as lead or co-lead counsel.

| RANK | LAW FIRM | SETTLEMENT TOTAL | # OF SETTLEMENTS | AVERAGE |
|---|---|---|---|---|
| 1 | Bernstein Litowitz Berger & Grossmann | $3,745,600,714 | 9 | $416,177,857 |
| 2 | Barrack, Rodos & Bacine | $3,671,825,714 | 5 | $734,365,143 |
| 3 | Lerach Coughlin Stoia Geller Rudman & Robbins | $1,797,130,893 | 47 | $38,236,828 |
| 4 | Milberg Weiss Bershad & Schulman LLP | $637,460,000 | 34 | $18,748,824 |
| 5 | Grant & Eisenhofer | $322,372,420 | 6 | $53,728,737 |
| 6 | Schiffrin & Barroway | $265,995,000 | 14 | $18,999,643 |
| 7 | Berger & Montague, P.C. | $229,300,000 | 10 | $22,930,000 |
| 8 | Pomerantz Haudek Block Grossman & Gross | $226,250,000 | 3 | $75,416,667 |
| 9 | Bernstein Liebhard & Lifshitz LLP | $161,900,000 | 7 | $23,128,571 |
| 10 | Labaton Sucharow & Rudoff LLP | $152,850,000 | 9 | $16,983,333 |
| 11 | Heins Mills & Olson PLC | $150,000,000 | 1 | $150,000,000 |
| 12 | Provost & Umphrey | $149,750,000 | 1 | $149,750,000 |
| 13 | Susman, Watkins & Wylie | $120,000,000 | 1 | $120,000,000 |
| 14 | Weiss & Lurie | $107,650,000 | 6 | $17,941,667 |
| 15 | Susman Godfrey | $93,950,000 | 1 | $93,950,000 |
| 16 | Scott & Scott | $92,750,000 | 3 | $30,916,667 |
| 17 | Climaco, Lefkowitz, Peca, Wilcox & Garofoli, Co., LPA | $92,400,000 | 1 | $92,400,000 |
| 18 | Cotchett Pitre Simon & McCarthy | $90,606,216 | 3 | $30,202,072 |
| 19 | Chestnut & Cambronne | $80,000,000 | 1 | $80,000,000 |
| 20 | Cauley Bowman Carney & Williams | $75,170,000 | 10 | $7,517,000 |
| 21 | Schoengold Sporn Laitman & Lometti, P.C. | $66,600,000 | 2 | $33,300,000 |
| 22 | Robbins Umeda & Fink | $63,500,000 | 2 | $31,750,000 |
| 23 | Kirby McInerney & Squire | $59,000,000 | 2 | $29,500,000 |
| 24 | Wolf Haldenstein Adler Freeman & Herz | $51,035,000 | 7 | $7,290,714 |
| 25 | Chitwood, Harley, Harnes, LLP | $47,825,000 | 4 | $11,956,250 |
| 26 | Kaplan Fox & Kilsheimer | $43,650,000 | 5 | $8,730,000 |
| 27 | Hagens Berman Sobol Shapiro | $39,000,000 | 1 | $39,000,000 |
| 28 | Glancy Binkow & Goldberg LLP | $38,723,000 | 3 | $12,907,667 |
| 29 | Miller Faucher and Cafferty LLP | $31,500,000 | 1 | $31,500,000 |
| 30 | Cohen Milstein Hausfeld & Toll | $30,625,000 | 3 | $10,208,333 |
| 31 | Zwerling Schachter & Zwerling | $27,900,000 | 1 | $27,900,000 |
| 32 | Law Offices of Brian J. Barry | $27,723,000 | 1 | $27,723,000 |
| 33 | Dyer & Shuman | $25,925,000 | 1 | $25,925,000 |
| 34 | Law Office of Bernard M. Gross | $25,500,000 | 4 | $6,375,000 |
| 35 | Berman DeValerio Pease Tabacco Burt & Pucillo | $24,795,000 | 5 | $4,959,000 |
| 36 | Schatz & Nobel | $23,500,000 | 2 | $11,750,000 |
| 37 | Gold Bennett Cera & Sidener LLP | $21,550,000 | 1 | $21,550,000 |

Institutional Shareholder Services • 2099 Gaither Road, Suite 501 • Rockville, MD 20850-4045 • Ph: (301) 556-0500 • Fax: (301) 556-0491 • E-mail: ISSmarketing@issproxy.com

| | | | | |
|---|---|---|---|---|
| 38 | Shalov Stone & Bonner | $21,371,393 | 3 | $7,123,798 |
| 39 | Abbey Spanier Rodd Abrams & Paradis, LLP | $16,500,000 | 1 | $16,500,000 |
| 40 | Rosenthal Monhait Gross & Goddess | $16,350,000 | 3 | $5,450,000 |
| 41 | Stull Stull & Brody | $15,250,000 | 4 | $3,812,500 |
| 42 | Palmer & Dodge | $13,934,649 | 1 | $13,934,649 |
| 43 | Robinson Brog Leinwand Reich Gnovese & Gluck, P.C. | $13,934,649 | 1 | $13,934,649 |
| 44 | Weiss & Associates, P.C. | $13,934,649 | 1 | $13,934,649 |
| 45 | Federman & Sherwood | $12,205,000 | 4 | $3,051,250 |
| 46 | Vianale & Vianale | $12,032,500 | 4 | $3,008,125 |
| 47 | Nix, Patterson, & Roach LLP | $11,000,000 | 1 | $11,000,000 |
| 48 | Gene Mesh & Associates | $7,500,000 | 1 | $7,500,000 |
| 49 | Murray, Frank & Sailer | $7,332,500 | 3 | $2,444,167 |
| 50 | Lovell Stewart Halebian LLP | $7,300,000 | 1 | $7,300,000 |

## Snapshot: Average Settlement Amount

The top 5 law firms ranked by highest average settlement amount (minimum of five settlements) are as follows:

| RANK | SCAS 50 RANK | LAW FIRM | SETTLEMENT TOTAL | # OF SETTLEMENTS | AVERAGE |
|---|---|---|---|---|---|
| 1 | 2 | Barrack, Rodos & Bacine | $3,671,825,714 | 5 | $734,365,143 |
| 2 | 1 | Bernstein Litowitz Berger & Grossmann | $3,745,600,714 | 9 | $416,177,857 |
| 3 | 8 | Pomerantz Haudek Block Grossman & Gross | $226,250,000 | 3 | $75,416,667 |
| 4 | 5 | Grant & Eisenhofer | $322,372,420 | 6 | $53,728,737 |
| 5 | 3 | Lerach Coughlin Stoia Geller Rudman & Robbins | $1,797,130,893 | 47 | $38,236,828 |

## Snapshot: Number of Settlements

The top 5 law firms ranked by total number of final settlements are as follows:

| RANK | SCAS 50 RANK | LAW FIRM | SETTLEMENT TOTAL | # OF SETTLEMENTS | AVERAGE |
|---|---|---|---|---|---|
| 1 | 3 | Lerach Coughlin Stoia Geller Rudman & Robbins | $1,797,130,893 | 47 | $38,236,828 |
| 2 | 4 | Milberg Weiss Bershad & Schulman LLP | $637,460,000 | 34 | $18,748,824 |
| 3 | 6 | Schiffrin & Barroway | $265,995,000 | 14 | $18,999,643 |
| 4 | 7 | Berger & Montague, P.C. | $229,300,000 | 10 | $22,930,000 |
| 4 | 20 | Cauley Bowman Carney & Williams | $75,170,000 | 10 | $7,517,000 |

## Methodology

We created the SCAS 50 using data from the SCAS database, which tracks, among many other things, federal and state shareholder class actions. We also contacted each law firm to seek confirmation of the settlement data pertaining to that firm.  The SCAS 50 does not include data on ERISA or derivative lawsuits.

The SCAS 50 reflects only those final settlements that resulted in the creation of a settlement fund on behalf of shareholders.  Cases which resulted in no settlement fund being created, but instead had only non-monetary settlement terms (such as corporate governance changes, changes in the terms of a merger, etc.) are not included.  Further information on such settlements can be found in the SCAS database.

The SCAS 50 credits law firms that served as lead or co-lead counsel in a case with the entire settlement fund, regardless of how many other firms served as lead or co-lead counsel in the case.  Thus, for a settlement of $1,000,000 dollars where there were two lead counsel, the SCAS 50 credits both law firms with a $1,000,000 settlement rather than dividing the settlement fund in half.  For purposes of this report, law firms are considered to be lead or co-lead counsel if they are identified as such in the notice of settlement distributed to shareholders.

**Terminology**

SETTLEMENT TOTAL is the total dollar value of all final settlements occurring in 2005 in which the law firm served as lead or co-lead counsel, and where a settlement fund resulted.

# of SETTLEMENTS is the total number of final settlements occurring in 2005 in which the law firm served as lead or co-lead counsel, and where a settlement fund resulted.

AVERAGE is the SETTLEMENT TOTAL divided by the # of SETTLEMENTS.


For further information, please contact Bruce Carton, Vice President of ISS' Securities Class Action Services, at (301) 556-0382 or via email at scas@issproxy.com.

Institutional Shareholder Services • 2099 Gaither Road, Suite 501 • Rockville, MD 20850-4045 • Ph: (301) 556-0500 • Fax: (301) 556-0491 • E-mail: ISSmarketing@issproxy.com





# The SCAS 50 for 2006

**S**ecurities **Class Action Services** (SCAS), a wholly-owned subsidiary of Institutional Shareholder Services that maintains the leading database on securities class action litigation, is pleased to present the "SCAS 50" for the year 2006. The SCAS 50 lists the top 50 plaintiffs' law firms ranked by the total dollar amount of final securities class action settlements occurring in 2006 in which the law firm served as lead or co-lead counsel.

| RANK | LAW FIRM | SETTLEMENT TOTAL | # OF SETTLEMENTS | AVERAGE |
|---|---|---|---|---|
| 1 | Lerach Coughlin Stoia Geller Rudman & Robbins LLP | $7,307,050,000 | 30 | $243,568,333 |
| 2 | Bernstein Litowitz Berger & Grossmann | $2,634,765,298 | 9 | $292,751,700 |
| 3 | Heins Mills & Olson PLC | $2,500,000,000 | 1 | $2,500,000,000 |
| 4 | Milberg Weiss Bershad LLP | $1,604,608,808 | 22 | $72,936,764 |
| 5 | Entwistle & Cappucci | $1,100,000,000 | 1 | $1,100,000,000 |
| 6 | Barrack, Rodos & Bacine | $960,000,000 | 1 | $960,000,000 |
| 7 | Kirby McInerney & Squire | $650,900,000 | 5 | $130,180,000 |
| 8 | Abbey Spanier Rodd Abrams & Paradis | $590,925,000 | 8 | $73,865,625 |
| 9 | Barrett & Weber | $410,000,000 | 1 | $410,000,000 |
| 9 | Waite, Schneider, Bayless & Chesley | $410,000,000 | 1 | $410,000,000 |
| 11 | Schiffrin, Barroway, Topaz & Kessler, LLP | $350,650,000 | 12 | $29,220,833 |
| 12 | Labaton Sucharow & Rudoff LLP | $243,950,000 | 7 | $34,850,000 |
| 13 | Lite, DePalma, Greenberg & Rivas | $216,500,000 | 1 | $216,500,000 |
| 14 | Lowenstein Sandler | $137,500,000 | 1 | $137,500,000 |
| 15 | Berman DeValerio Pease Tabacco Burt & Pucillo | $119,753,491 | 4 | $29,938,373 |
| 16 | Stull Stull & Brody | $106,692,922 | 3 | $35,564,307 |
| 17 | Wolf Haldenstein Adler Freeman & Herz | $99,750,000 | 6 | $16,625,000 |
| 18 | Grant & Eisenhofer | $99,500,524 | 2 | $49,750,262 |
| 19 | Levin Papantonio Thomas Mitchell Echsner and Proctor | $99,250,000 | 1 | $99,250,000 |
| 20 | Weiss & Lurie | $94,100,000 | 6 | $15,683,333 |
| 21 | Cohen Milstein Hausfeld & Toll | $80,750,000 | 7 | $11,535,714 |
| 22 | Pomerantz Haudek Block Grossman & Gross | $77,850,000 | 2 | $38,925,000 |
| 23 | Abraham, Fruchter & Twersky, LLP | $61,392,922 | 3 | $20,464,307 |
| 24 | Bernstein Liebhard & Lifshitz LLP | $59,650,000 | 5 | $11,930,000 |
| 25 | Gold Bennett Cera & Sidener LLP | $56,292,922 | 1 | $56,292,922 |
| 26 | Chimicles & Tikellis | $52,500,000 | 2 | $26,250,000 |
| 27 | Saunders & Doyle | $50,000,000 | 1 | $50,000,000 |
| 27 | Tighe Patton Armstrong Teasdale, LLP | $50,000,000 | 1 | $50,000,000 |
| 29 | Yourman Alexander & Parekh LLP | $49,375,000 | 3 | $16,458,333 |
| 30 | Berger & Montague, P.C. | $44,229,539 | 8 | $5,528,692 |
| 31 | Schoengold Sporn Laitman & Lometti, P.C. | $40,400,000 | 2 | $20,200,000 |
| 32 | Weiss & Yourman | $39,900,000 | 1 | $39,900,000 |
| 33 | Strauss & Troy LPA | $36,000,000 | 1 | $36,000,000 |
| 34 | Chitwood Harley Harnes LLP | $35,000,000 | 1 | $35,000,000 |
| 35 | Schatz & Nobel | $32,750,000 | 1 | $32,750,000 |
| 36 | Gardere Wynne Sewell | $32,500,000 | 1 | $32,500,000 |

| Rank | Law Firm | Settlement | # | Average |
|---|---|---|---|---|
| 36 | The Wynne Law Firm | $32,500,000 | 1 | $32,500,000 |
| 38 | Ackerman, Link & Sartory, P.A. | $30,000,000 | 1 | $30,000,000 |
| 39 | Faruqi & Faruqi | $29,700,000 | 2 | $14,850,000 |
| 40 | Kaplan Fox & Kilsheimer | $19,500,000 | 2 | $9,750,000 |
| 41 | Law Office of Bernard M. Gross | $17,550,000 | 2 | $8,775,000 |
| 42 | Cotchett Pitre & McCarthy | $17,500,000 | 1 | $17,500,000 |
| 43 | Shapiro Haber & Urmy | $13,000,000 | 3 | $4,333,333 |
| 44 | Bonnett Fairbourn Friedman & Balint | $12,503,491 | 1 | $12,503,491 |
| 45 | Finkelstein Thompson LLP | $11,650,000 | 4 | $2,912,500 |
| 46 | Klafter & Olsen LLP | $10,500,000 | 1 | $10,500,000 |
| 47 | Bagnell & Eason, LLP | $9,350,000 | 1 | $9,350,000 |
| 47 | McGowan Hood Felder & Johnson | $9,350,000 | 1 | $9,350,000 |
| 49 | Green Welling LLP | $9,125,000 | 1 | $9,125,000 |
| 50 | Johnson & Perkinson | $8,500,000 | 1 | $8,500,000 |

## Snapshot: Average Settlement Amount

The top 5 law firms ranked by highest average settlement amount (minimum of five settlements) are as follows:

| RANK | SCAS 50 RANK | LAW FIRM | SETTLEMENT TOTAL | # OF SETTLEMENTS | AVERAGE |
|---|---|---|---|---|---|
| 1 | 2 | Bernstein Litowitz Berger & Grossmann | $2,634,765,298 | 9 | $292,751,700 |
| 2 | 1 | Lerach Coughlin Stoia Geller Rudman & Robbins LLP | $7,307,050,000 | 30 | $243,568,333 |
| 3 | 7 | Kirby McInerney & Squire | $650,900,000 | 5 | $130,180,000 |
| 4 | 8 | Abbey Spanier Rodd Abrams & Paradis | $590,925,000 | 8 | $73,865,625 |
| 5 | 4 | Milberg Weiss Bershad LLP | $1,604,608,808 | 22 | $72,936,764 |

## Snapshot: Number of Settlements

The top 5 law firms ranked by total number of final settlements are as follows:

| RANK | SCAS 50 RANK | LAW FIRM | SETTLEMENT TOTAL | # OF SETTLEMENTS | AVERAGE |
|---|---|---|---|---|---|
| 1 | 1 | Lerach Coughlin Stoia Geller Rudman & Robbins LLP | $7,307,050,000 | 30 | $243,568,333 |
| 2 | 4 | Milberg Weiss Bershad LLP | $1,604,608,808 | 22 | $72,936,764 |
| 3 | 11 | Schiffrin, Barroway, Topaz & Kessler, LLP | $350,650,000 | 12 | $29,220,833 |
| 4 | 2 | Bernstein Litowitz Berger & Grossmann | $2,634,765,298 | 9 | $292,751,700 |
| 5 | 8 | Abbey Spanier Rodd Abrams & Paradis | $590,925,000 | 8 | $73,865,625 |

## Methodology

We created the SCAS 50 using data from the SCAS database, which tracks, among many other things, federal and state shareholder class actions. We also contacted each law firm to seek confirmation of the settlement data pertaining to that firm. The SCAS 50 does not include data on ERISA or derivative lawsuits.

The SCAS 50 reflects only those final settlements that resulted in the creation of a settlement fund on behalf of shareholders. Cases which resulted in no settlement fund being created, but instead had only non-monetary settlement terms (such as corporate governance changes, changes in the terms of a merger, etc.) are not included. Further information on such settlements can be found in the SCAS database.

The SCAS 50 credits law firms that served as lead or co-lead counsel in a case with the entire settlement fund, regardless of how many other firms served as lead or co-lead counsel in the case. Thus, for a settlement of $1,000,000 dollars where there were two lead counsel, the SCAS 50 credits both law firms with a $1,000,000 settlement rather than dividing the settlement fund in half. For purposes of this report, law firms are considered to be lead or co-lead counsel if they are identified as such in the notice of settlement distributed to shareholders.

**Terminology**

SETTLEMENT TOTAL is the total dollar value of all final settlements occurring in 2006 in which the law firm served as lead or co-lead counsel, and where a settlement fund resulted.

# of SETTLEMENTS is the total number of final settlements occurring in 2006 in which the law firm served as lead or co-lead counsel, and where a settlement fund resulted.

AVERAGE is the SETTLEMENT TOTAL divided by the # of SETTLEMENTS.

For further information, please contact Adam Savett, Vice President of ISS' Securities Class Action Services, at (301) 556-0176 or via email at adam.savett@issproxy.com.